

Brooklyn Defender Services
177 Livingston St., 7th Fl.
Brooklyn, NY 11201

March 5, 2024

**VIA ECF**

U.S. District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

    Re:    *Doe v. ICE*, **No. 24-cv-00617**
             **Defendant's Non-Opposition to ECF No. 2**

Your Honor:

    Plaintiff John Doe, proceeding under a pseudonym, writes to notify the Court that opposing counsel has indicated that Defendant ICE does not oppose Plaintiff's Motion to Proceed Under a Pseudonym and Seal Complaint and All Subsequent Filings (ECF No. 2).

    Respectfully submitted,

    /s/ _____

Kevin Siegel, Esq.
Alexandra Lampert, Esq.
Brooklyn Defender Services
177 Livingston Street, 7th Floor
Brooklyn, NY 11201
Tel: 410-530-6466
Email: ksiegel@bds.org
*Pro Bono Counsel for Plaintiff*

cc:    Isaac Berhane, Esq., Assistant United States Attorney
       Counsel for Defendant

**DEFEND • ADVOCATE • CHANGE**