

Brooklyn Defender Services
177 Livingston St., 7ᵗʰ Fl.
Brooklyn, NY 11201

Visitor Center
156 Pierrepont St.
Brooklyn, NY 11201

Tel (718) 254-0700
Fax (718) 254-0897
info@bds.org

October 11, 2023

U.S. Immigration and Customs Enforcement
Freedom Of Information Act Office
500 12th Street, SW, Stop 5009
Washington, D.C. 20536-5009

*VIA ICE ONLINE FOIA PORTAL*

Dear FOIA Officer,

This is a request for records pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 522(a)(3) on behalf of ███████████████ **In accordance with 5 U.S.C. § 552, we expect a response to this request within 20 working days**, unless otherwise permitted by statute.

In support of this FOIA request, I have attached a G-28 and a signed Form G-639. Exs. A-B.

**Background on Records Request**

On or about May 30, 2023, Immigration and Customs Enforcement ("ICE") unlawfully disclosed ███████ personally identifiable information ("PII"), and information related to his removal proceedings (where he applied for asylum withholding of removal and protection under the Convention Against Torture), to the Nassau County District Attorney's Office. Exh. C (ICE letter admitting unlawful disclosure). **Specifically, ICE disclosed an unredacted copy of the Immigration Judge's written decision, dated February 6, 2023, contrary to ICE's confidentiality obligations under 8 C.F.R. § 208.6 (discussing asylum and protection-related confidentiality).** *Id*. Only after ███████ counsel learned of ICE's unlawful sharing of the decision that should have been confidential, and alerted ICE to the violation of federal regulation, did ICE decide to report the violation within their Office of Professional Responsibility. *Id*.

The impermissible choice to share the 22-page (single-spaced) decision addressing ███████ fear-based claims is a serious violation of his rights and places him and his family members at risk of increased harm in India. Although ICE requested that the Nassau County District Attorney's Office destroy the protected documents, this request is insufficient to remedy the violation. *See* Exh. C. The Nassau County District Attorney's Office has already filed the immigration judge's decision with the Nassau County Criminal Court, as part of a public court file, in further violation of ███████ rights under federal regulation. *See* Exs. C, F. Any member of the public can request a copy of a decision in what was supposed to be confidential. Exh. F (paralegal affidavit documenting that any member of the public can request a copy of the criminal court file that now contains the decision regarding Mr. ███████ fear-based claims).

**DEFEND • ADVOCATE • CHANGE**



Brooklyn Defender Services
177 Livingston St., 7th Fl.
Brooklyn, NY 11201

Tel (718) 254-0700
Fax (718) 254-0897
info@bds.org

Visitor Center
156 Pierrepont St.
Brooklyn, NY 11201

The disclosure by ICE in ▮▮▮▮▮ case is particularly concerning given that the agency was recently forced to admit to also disclosing PII of around 6,000 noncitizens on its own website. *See* ICE, *Unintentional Disclosures of Personally Identifiable Information on November 28 and December 7, 2022* (June 20, 2023), *available at* http://www.ice.gov/pii; *see also* Hamed Aleziz. "ICE releases thousands of migrants affected by data breach," *Los Angeles Times* (Jan. 19, 2023), *available at* https://www.latimes.com/world-nation/story/2023-01-19/ice-leak-personal-information-immigrants-asylum.

Further, ▮▮▮▮▮ remains in ICE custody at Buffalo Federal Detention Center in Batavia, New York and his removal proceedings are currently pending before the Board of Immigration Appeals ("BIA"). Exh. E. His appeal has been fully briefed since July 28, 2023.  Through counsel, ▮▮▮▮▮ and ICE have worked to recently file a joint motion with the BIA, asking for proceedings to be remanded due to the unlawful disclosure under 8 C.F.R. § 208.6. Exh. D (copy of Joint Motion to Remand).

**Specific Records Requested**

Given these facts, we asked that ICE produce all physical and electronic records[1] pertaining to ▮▮▮▮▮, including but not limited to all non-A File records in ICE's possession regarding or related to:

- Any and all notations or documentation within **DHS/ICE systems or in possession of DHS/ICE, regarding disclosures under 5 USC § 552a(b)(7) to third parties** regarding ▮▮▮▮▮ I-589 application, decisions by the Immigration Judge, and BIA appeals. Dates for these communications may range from April 2022 – present;

- Any and all email communications (and attachments) between **DHS/ICE and third parties** regarding ▮▮▮▮▮ I-589 application, decisions by the Immigration Judge, and BIA appeals. Dates for these communications may range from 2021-2023;

- Any and all email communications (and attachments) between **DHS/ICE and the Nassau County District Attorney's Office** regarding ▮▮▮▮▮ I-589 application, testimony and filings (including briefing and evidence) pertaining to this application, Immigration Judge decisions, appeals with Board of Immigration Appeals. Dates for these communications may range from 2021-2023;

---

[1] The term "records" in this request includes, but is not limited to: communications, correspondence, directives, documents, data, videotapes, audiotapes, e-mails, faxes, files, guidance, guidelines, standards, evaluations, instructions, analyses, memoranda, agreements, notes, orders, policies, procedures, protocols, reports, rules, manuals, technical specifications, training materials, and studies, including records kept in record form or electronic formats on computers and/or other electronic storage devices, electronic communications and/or videotapes, as well as any reproductions therefor that differ in any way from any other reproduction, such as copies containing marginal notations.

**DEFEND • ADVOCATE • CHANGE**



Brooklyn Defender Services
177 Livingston St., 7ᵗʰ Fl.
Brooklyn, NY 11201

Tel (718) 254-0700
Fax (718) 254-0897
info@bds.org

Visitor Center
156 Pierrepont St.
Brooklyn, NY 11201

- Any and all direct email communications (and attachments) regarding ▮▮▮▮▮ or his relatives, **between DHS and members of the Indian government or Indian government agencies** or, indirect email communications (and attachments) **between DHS and members of the Indian government or Indian government agencies through a third party** (for instance, the Department of State). Dates for these communications may range from 2021-2023;

- Communications between ICE employees, between **ICE and employees at the Buffalo Federal Detention Center** in Batavia, New York, and between ICE and other third parties relating to:

  > The purposeful or inadvertent public sharing of ▮▮▮▮▮ PII (including but not limited to information or documents related to his fear-based claims) on or about May 30, 2023 and/or on any other date from January 2023  – present;

- Communications between ICE employees, between **ICE and employees at the Orange County Jail**, in Goshen, New York, and between ICE and other third parties relating to:

  - The purposeful or inadvertent public sharing of ▮▮▮▮▮ PII (including but not limited to information or documents related to his fear-based claims) on or about May 30, 2023 and/or on any other date from September 2021 – present;

- **Any investigation by ICE or any other component under the Department of Homeland Security ("DHS") into the purposeful or inadvertent public release of ▮▮▮▮▮ PII (including but not limited to information or documents related to his fear-based claims)**, whether purposefully or inadvertently, on or about May 30, 2023 and/or on any other date;

- The **number and identity of all third parties that accessed, downloaded, or in any manner were involved** in the sharing ▮▮▮ PII and information related to his fear-based claims, whether shared by ICE purposefully or inadvertently;

- The number and identity of individuals at the **Nassau County District Attorney's Office to whom ICE sent a request to destroy, refrain from using or disclosing** ▮▮▮▮▮ **protected information.** *See* Exh. C (letter from ICE to Nassau County)

- The number and identity of any other individuals/entities to whom ICE has sent "clawback letters" as described on the ICE website. *See* http://www.ice.gov/pii.

- Any non-exempt written drafts and/or final conclusions, legal or otherwise, by ICE as to:
  - How its data breach(es) occurred;
  - Whether and if so, how it compromised ▮▮▮▮▮ right to privacy and/or right to confidentiality pursuant to 8 C.F.R. § 208.6;

**DEFEND • ADVOCATE • CHANGE**



**Brooklyn Defender Services**
177 Livingston St., 7ᵗʰ Fl.
Brooklyn, NY 11201

Tel (718) 254-0700
Fax (718) 254-0897
info@bds.org

Visitor Center
156 Pierrepont St.
Brooklyn, NY 11201

○ Any duty, obligation and/or efforts by ICE to remedy its breach of ▮▮▮▮ right to privacy and/or right to confidentiality under 8 C.F.R. § 208.6.

To the extent that ▮▮▮▮ has not identified a specific record that ICE has in its possession and that is responsive to ▮▮▮▮ request, ICE must liberally construe this reasonably described request as part of its obligation to produce all responsive records. *See Truitt v. Department of State*, 897 F.2d 540, 544-45 (D.C. Cir. 1990).

Please note that we do **not** seek records in ▮▮▮▮ A-File as we have previously filed a separate request for those records with U.S Citizenship and Immigration Service ("USCIS").

## Request to Expedite

▮▮▮▮ request meets the criteria for expedited treatment. *See* 5 U.S.C. § 552(a)(6)(E)(i); 6 C.F.R. § 5.5(e). A request qualifies for expedited treatment if it involves one of the following criteria:

(i) Circumstances in which the lack of expedited processing could reasonably be expected to pose an imminent threat to the life or physical safety of an individual; (ii) An urgency to inform the public about an actual or alleged federal government activity, if made by a person who is primary engaged in disseminating information; (iii) The loss of substantial due process rights; or (iv) A matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity which affect public confidence. 6 C.F.R. § 5.5(e)(1)(i)-(iv).

Here, ▮▮▮▮ can demonstrate that this request meets at least two of the criteria for expedited processing: first, a lack of expedited processing under the facts of his case poses an "imminent threat" to his life and physical safety, and second, absent expedited process, ▮▮▮▮ faces "the loss of substantial due process rights."

As ▮▮▮▮ has noted above, he is currently in removal proceedings and his case is presently on appeal before the BIA. Exs. D-E. However, given the recent filing of the joint motion to remand (as described above), it is likely that ▮▮▮▮ case will be remanded to the Immigration Court, where the parties will address the impact of the unlawful ICE disclosure on ▮▮▮▮ claim to asylum (among other issues). *See* Exh. D. At that time, ▮▮▮▮ intends to present a supplemental claim for protection under asylum/withholding of removal under the INA/protection under the Convention against Torture ("CAT") given the unlawful ICE disclosure.

Specifically, ▮▮▮▮ fears persecution and torture in India by members of the government. Members of the Indian government officials have already targeted many in ▮▮▮▮ family, including his father and his brother. Details surrounding his claims were discussed in the 22-page decision that ICE impermissibly shared, a decision that is now part of a public record in Nassau County, New York.

**DEFEND • ADVOCATE • CHANGE**



**Brooklyn Defender Services**
177 Livingston St., 7ᵗʰ Fl.
Brooklyn, NY 11201

Tel (718) 254-0700
Fax (718) 254-0897
info@bds.org

**Visitor Center**
156 Pierrepont St.
Brooklyn, NY 11201

███████ fears that individual and entities have an interest in and the ability to access the decision in his case and he cannot properly articulate the factual basis for his claim related to and/or arising out of the ICE violations of the regulation without knowing the full extent of the specific PII and asylum-related information was disclosed and who it was disclosed to. Thus, ICE's breach of Mr. ███████ PII and rights under the regulations and how it was accessed by other parties can constitute evidence or dispositive information related to the risk of persecution/torture that ███████ faces in India, including the likelihood of his future harm, an element he must prove when his case is remanded to the Immigration Court. Additionally, ███████ lacks full access to the complete extent of factual evidence in the government's possession that is relevant in demonstrating the likelihood his persecutors/torturers may have accessed (or could access) the PII and asylum-related information that was shared. This information is essential to the full and fair adjudication of ███████ claim.

Finally, information regarding ICE's breach of privacy and/or confidentiality in ███████ case raises due process concerns and, as such, an obligation by the U.S. government has arisen to provide all relevant information to him. *See e.g. Anim v. Mukasey*, 535 F.3d 243, 255-56 (4th Cir. 2008). ███████ thus urges that ICE must release all records implicating his due process matters in an expeditious matter.

**Exemptions:**

If ICE concludes that statutory exemptions apply to any of the information requested, please describe in detail the nature of the information withheld, the specific exemption or privilege upon which the information is withheld, and whether the portions of withheld documents containing non-exempt or non-privileged information have been provided. Moreover, even if ICE invokes exemptions to records related to ███████, ICE must still provide "any reasonably segregable portion of a record…after deletion of the portions which are exempt under this subsection." 5 U.S.C. ¶ 552(b). Nonetheless, ███████ reserves the right to challenge any claimed exemptions as permitted under the FOIA statute.

Thank you for your attention to this request. Please do not hesitate to contact me or let me know if you require anything further to respond to this request.

Sincerely,


Michelle Lee Doherty, Esq.
Senior Attorney
New York Immigrant Family Unity Project (NYIFUP)
Brooklyn Defender Services
M: (917) 685-9457
Mdoherty@bds.org


**DEFEND • ADVOCATE • CHANGE**



Brooklyn Defender Services
177 Livingston St., 7ᵗʰ Fl.
Brooklyn, NY 11201

Tel (718) 254-0700
Fax (718) 254-0897
info@bds.org

Visitor Center
156 Pierrepont St.
Brooklyn, NY 11201

| Exhibit | Description | Page |
|---|---|---|
| A. | Form G-28, Notice of Entry of Appearance as Attorney | 7 |
| B. | Form G-639, Freedom of Information/Privacy Act Request | 11 |
| C. | Letter from ICE, dated Sept. 18, 2023 (admitting to the violating the regulations in ███████ case by sharing the written decision in his fear-based proceedings) | 22 |
| D. | Copy of Joint Motion to Remand, signed Oct. 10, 2023 | 24 |
| E. | BIA Appeal Receipt Notice | 27 |
| F. | Paralegal Affidavit, dated Sept. 26, 2023 (documenting that any member of the public can request a copy of the criminal court file that now contains the decision regarding ███████ fear-based claims) | 29 |

**DEFEND • ADVOCATE • CHANGE**

# Exhibit A



## Notice of Entry of Appearance
## as Attorney or Accredited Representative

**Department of Homeland Security**

**DHS
Form G-28**
OMB No. 1615-0105
Expires 05/31/2021

---

### Part 1. Information About Attorney or Accredited Representative

1. USCIS Online Account Number (if any)

    ▶ 0 9 4 4 0 1 1 5 0 2 4 1

*Name of Attorney or Accredited Representative*

2.a. Family Name (Last Name) **Doherty**

2.b. Given Name (First Name) **Michelle**

2.c. Middle Name **Lee**

*Address of Attorney or Accredited Representative*

3.a. Street Number and Name **177 Livingston Street**

3.b. ☐ Apt. ☐ Ste. ☒ Flr. **7th Fl**

3.c. City or Town **Brooklyn**

3.d. State **NY**    3.e. ZIP Code **11201**

3.f. Province

3.g. Postal Code

3.h. Country
**USA**

*Contact Information of Attorney or Accredited Representative*

4. Daytime Telephone Number
**6468568385**

5. Mobile Telephone Number (if any)
**9176859457**

6. Email Address (if any)
**mdoherty@bds.org**

7. Fax Number (if any)

---

### Part 2. Eligibility Information for Attorney or Accredited Representative

Select **all applicable** items.

1.a. ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

   Licensing Authority

   **Supreme Court of Texas**

1.b. Bar Number (if applicable)

**24085540**

1.c. I (select **only one** box) ☒ am not ☐ am subject to any order suspending, enjoining, restraining, disbarring, or otherwise restricting me in the practice of law. If you are subject to any orders, use the space provided in **Part 6. Additional Information** to provide an explanation.

1.d. Name of Law Firm or Organization (if applicable)

**Brooklyn Defender Services**

2.a. ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States and recognized by the Department of Justice in accordance with 8 CFR part 1292.

2.b. Name of Recognized Organization

2.c. Date of Accreditation (mm/dd/yyyy)

3. ☐ I am associated with

   the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative for a limited purpose is at his or her request.

4.a. ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2).

4.b. Name of Law Student or Law Graduate

---

## Part 3. Notice of Appearance as Attorney or Accredited Representative

If you need extra space to complete this section, use the space provided in **Part 6. Additional Information**

This appearance relates to immigration matters before (select **only one** box):

1.a. ☐ U.S. Citizenship and Immigration Services (USCIS)

1.b. List the form numbers or specific matter in which appearance is entered.

[                                                    ]

2.a. ☒ U.S. Immigration and Customs Enforcement (ICE)

2.b. List the specific matter in which appearance is entered.

[ FOIA - G-28 ]

3.a. ☐ U.S. Customs and Border Protection (CBP)

3.b. List the specific matter in which appearance is entered.

[                                                    ]

4. Receipt Number (if any)

▶ [                                                ]

5. I enter my appearance as an attorney or accredited representative at the request of the (select **only one** box):

☐ Applicant   ☐ Petitioner   ☐ Requestor
☐ Beneficiary/Derivative   ☒ Respondent (ICE, CBP)

## Information About Client (Applicant, Petitioner, Requestor, Beneficiary or Derivative, Respondent, or Authorized Signatory for an Entity)

6.a. Family Name (Last Name)   [██████]

6.b. Given Name (First Name)   [██████]

6.c. Middle Name   [                          ]

7.a. Name of Entity (if applicable)

[                                                    ]

7.b. Title of Authorized Signatory for Entity (if applicable)

[                                                    ]

8. Client's USCIS Online Account Number (if any)

▶ [                                                ]

9. Client's Alien Registration Number (A-Number) (if any)

▶ [████████████████]

## Client's Contact Information

10. Daytime Telephone Number

[                                                    ]

11. Mobile Telephone Number (if any)

[                                                    ]

12. Email Address (if any)

[                                                    ]

## Mailing Address of Client

**NOTE:** Provide the client's mailing address. **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application or petition being filed with this Form G-28.

C/O BROOKLYN DEFENDERS

13.a. Street Number and Name   [177 Livingston Street]

13.b. ☐ Apt.   ☐ Ste.   ☒ Flr.   [7th]

13.c. City or Town   [Brooklyn]

13.d. State   [NY]   13.e. ZIP Code   [11201]

13.f. Province   [                          ]

13.g. Postal Code   [                          ]

13.h. Country   [USA]

## Part 4. Client's Consent to Representation and Signature

### Consent to Representation and Release of Information

I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form. According to the Privacy Act of 1974 and U.S. Department of Homeland Security (DHS) policy, I also consent to the disclosure to the named attorney or accredited representative of any records pertaining to me that appear in any system of records of USCIS, ICE, or CBP.

## Part 4.  Client's Consent to Representation and Signature (continued)

### Options Regarding Receipt of USCIS Notices and Documents

USCIS will send notices to both a represented party (the client) and his, her, or its attorney or accredited representative either through mail or electronic delivery.  USCIS will send all secure identity documents and Travel Documents to the client's U.S. mailing address.

If you want to have notices and/or secure identity documents sent to your attorney or accredited representative of record rather than to you, please select **all applicable** items below.  You may change these elections through written notice to USCIS.

**1.a.** ☑ I request that USCIS send original notices on an application or petition to the business address of my attorney or accredited representative as listed in this form.

**1.b.** ☑ I request that USCIS send any secure identity document (Permanent Resident Card, Employment Authorization Document, or Travel Document) that I receive to the U.S. business address of my attorney or accredited representative (or to a designated military or diplomatic address in a foreign country (if permitted)).

**NOTE:** If your notice contains Form I-94, Arrival-Departure Record, USCIS will send the notice to the U.S. business address of your attorney or accredited representative.  If you would rather have your Form I-94 sent directly to you, select **Item Number 1.c.**

**1.c.** ☐ I request that USCIS send my notice containing Form I-94 to me at my U.S. mailing address.

### Signature of Client or Authorized Signatory for an Entity

**2.a.** ➡ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**2.b.**  Date of Signature (mm/dd/yyyy)   10 / 11 / 23

## Part 5.  Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before DHS.  I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

**1. a.**  Signature of Attorney or Accredited Representative

**1.b.**  Date of Signature (mm/dd/yyyy)   10 / 11 / 23

**2.a.**  Signature of Law Student or Law Graduate

**2.b.**  Date of Signature (mm/dd/yyyy)

## Part 6.  Additional Information

If you need extra space to provide any additional information within this form, use the space below.  If you need more space than what is provided, you may make copies of this page to complete and file with this form or attach a separate sheet of paper.  Type or print your name at the top of each sheet; indicate the **Page Number, Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

| | | |
|---|---|---|
| **1.a** | Family Name (Last Name) | ███████ |
| **1.b.** | Given Name (First Name) | |
| **1.c.** | Middle Name | |

| **2.a.** Page Number | **2.b.** Part Number | **2.c.** Item Number |
|---|---|---|
| 1 | 2 | |

**2.d.**  Michelle Lee Doherty is also eligible
to practice in the District of
Columbia (1028610)

| **3.a.** Page Number | **3.b.** Part Number | **3.c.** Item Number |
|---|---|---|
| | | |

**3.d.**

| **4.a.** Page Number | **4.b.** Part Number | **4.c.** Item Number |
|---|---|---|
| | | |

**4.d.**

| **5.a.** Page Number | **5.b.** Part Number | **5.c.** Item Number |
|---|---|---|
| | | |

**5.d.**

| **6.a.** Page Number | **6.b.** Part Number | **6.c.** Item Number |
|---|---|---|
| | | |

**6.d.**

# Exhibit B



# Freedom of Information/Privacy Act Request

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form G-639**
OMB No. 1615-0102
Expires 07/31/2025

## What Is the Purpose of Form G-639?

Use Form G-639 to request access to U.S. Citizenship and Immigration Services (USCIS) records under the Freedom of Information Act (FOIA) at 5 U.S.C. 552 and the Privacy Act of 1974 (PA) at 5 U.S.C. 552a, if applicable. You may also use this form to request amendment or correction of records pertaining to you under the PA, if applicable.

## Your Options to Make a FOIA or PA Request with USCIS

You can make a FOIA or PA request:

- Online at www.uscis.gov/foia;
- Using this Form G-639; or
- In writing and in accordance with the requirements of the FOIA and PA.

## Request and Receive Records Faster Online

Our online FOIA and PA services are a more efficient way to request and receive records than by using Form G-639 to make a request.

When you make your request online, USCIS receives it immediately and we can deliver the response to you immediately after the records are processed.

You will also be able to:

- Receive instant updates when we act on your request;
- Respond faster if we ask you to give us more information; and

Making your request online helps ensure your request contains the required information and reaches us immediately, rather than through a mailed postal delivery. Once you provide the information necessary to process your request, we will add it to the same first-in, first-out processing queue ordinarily used for all requests.

Once we release records you request online, you can use your online account to:

- View them on any internet connected device, such as a smartphone, tablet, or computer;
- Access the records as soon as they are available, rather than waiting for them by mail; and
- Continue to access your records through your online account and print them whenever you need.

## If You Make Your Request Using This Form

If you complete and submit this form, we will send all correspondence and any records we release through U.S. mail, requiring time for transit and receiving. Unless you specify another format, any records responsive to your request will be sent to you on a CD-ROM, so you will need to use a computer with an optical drive to view them. Alternately, if you request records online (www.uscis.gov/foia) using FIRST, you can download them without the need for equipment other than a computer, smartphone, or tablet that is connected to the internet.

**Do not use Form G-639 for:**

- **Status Inquires.** Contact the USCIS office where the application or petition was filed or visit https://egov.uscis.gov to check your case status online. You may also reach out to the USCIS Contact Center at www.uscis.gov/contactcenter. The USCIS Contact Center provides information in English and Spanish. For those who are deaf or hard of hearing and use a TTY relay service, call **1-800-767-1833**.

- **Consular Notification of a Visa Petition Approval.** Use Form I-824, Application for Action on an Approved Application or Petition, to request consular notification of visa petition approval.

- **Return of Original Documents.** Use Form G-884, Request for the Return of Original Documents, to request the return of original documents.

- **Requesting a Certificate of Non-Existence**

- **Naturalization Records Before September 27, 1906.** Contact the clerk of court where the naturalization occurred to request naturalization records before September 27, 1906.

- **USCIS Manifest Arrivals Before December 1982.** Contact the National Archives at https://www.archives.gov/contact to request information on USCIS manifest arrivals before December 1982.

- **Proof of Status for Non-Immigration Benefits.** Contact the Federal agency responsible for the benefit (for example, Social Security benefit, Selective Service requirement) to obtain proof of status.

## General Instructions

USCIS provides forms free of charge through the USCIS website. To view, print, or fill out our forms, you should use the latest version of Adobe Reader, which you can download for free at https://get.adobe.com/reader/. If you do not have internet access, you may call the USCIS Contact Center at **1-800-375-5283** (TTY **1-800-767-1833**) and ask that we mail a form to you. The USCIS Contact Center provides information in English and Spanish.

### How To Fill Out Form G-639

1. Type or print legibly in black ink.

2. If you need extra space to complete any item within this request, use the space provided in **Part 5. Additional Information** or attach a separate sheet of paper. Type or print the Subject of Record's name and Alien Registration Number (A-Number) (if any) at the top of each sheet; indicate the **Page Number, Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

3. Answer all questions fully and accurately. If a question does not apply to you (for example, if you have never been married and the question asks, "Provide the name of your current spouse"), type or print "N/A" unless otherwise directed. If your answer to a question which requires a numeric response is zero or none (for example, "How many children do you have" or "How many times have you departed the United States"), type or print "None" unless otherwise directed.

## Read the Entire Form and Complete as Much as Possible

The information USCIS requests in this form helps us locate the records and information you request.

You are not required to respond to every item, but if you do not provide enough information we may

- Require more time to fulfill your request;

- Need to request more information from you, delaying our response; or

- Not be able to locate the records or information you request.

▶ **START HERE - Type or print in black ink.**

**Part 1.  Specify the Nature of your Request**

NOTE:  On this form, the individual to whom a record pertains is described as the subject of record.

1.  **Select Type of Request**

Select the box that indicates the nature of your request, and the type of records you are requesting.  If you need extra space to complete this section, use the space provided in **Part 5. Additional Information.**

☐ A.  Information from your own immigration record;

☒ B.  Information from another person's immigration record; *SEE ATTACHED LETTER FOR SPECIFIC REQUESTS.*

☐ C.  USCIS business, operational, or policy records;

☐ D.  An amendment or correction of your record under the Privacy Act;

☐ E.  An amendment or correction of another person's immigration record on their behalf under the Privacy Act;

or

☐ F.  Other records in USCIS custody.

If you selected **Item B. or E. in Item Number 1., complete Part 4. Third-Party Requestor,** along with other pertinent sections of this form.

If you selected **Item A., C., D., or F. in Item Number 1., do not** complete **Part 4. Third-Party Requestor** section of this form.

2.  **Request Specific Documents**

If you request specific documents, USCIS will usually be able to process your request faster than if you request a large set of records, such as an entire A-File.

Select the types of records you are requesting, if applicable, from this list of commonly requested records:

☐ Apprehensions, and Date of Apprehension (mm/dd/yyyy) [                    ]

☐ Birth certificate

☐ Form I-94, with Date of Entry (mm/dd/yyyy) [                    ]

☐ Passport

☐ Other Arrival/Departure documents into the U.S., with Date of Entry (mm/dd/yyyy) [                    ]

☐ I-129, Petition for a Nonimmigrant Worker

☐ I-90, Application to Replace Permanent Resident Card (Green Card)

☐ I-130, Petition for Alien Relative

☐ I-140, Immigrant Petition for Alien Workers

☐ I-485, Application to Register Permanent Residence or Adjust Status

☐ I-751, Petition to Remove Conditions on Residence

☐ N-400, Application for Naturalization

☐ Labor certification issued by the U.S. Department of Labor

☐ Naturalization certificate

☐ Proof of Lawful Permanent Resident (LPR) status

☐ Record of removal from the U.S., with Date of Removal (mm/dd/yyyy) [                    ]

☒ Other (Explain): | See attached letter                                                              |

If you need extra space to complete this section, use the space provided in **Part 5. Additional Information.**

Form G-639  Edition  11/03/22

Page 3 of 11

013

## Part 1.  Specify the Nature of your Request (continued)

**3.  Qualifications for Expedited Processing**

Select any of the following circumstances if applicable to your request:

[X] Circumstances in which the lack of expedited processing could reasonably be expected to pose an imminent threat to the life or physical safety of an individual.

[ ] An urgency to inform the public about an actual or alleged Federal government activity, if made by a person primarily engaged in disseminating information.

[X] The loss of substantial due process rights.

[X] A matter of widespread and exceptional media interest in which there are possible questions about the government's integrity which affect public confidence.  Requests for expedited processing based upon this category must be submitted to the Senior Director of FOIA Operations, the Privacy Office, U.S. Department of Homeland Security, 245 Murray Lane SW STOP - 0655, Washington, DC 20598-0655.

**4.  Statement Requesting Expedited Processing**

To receive expedited processing, you must further explain why you are requesting it.  **In Part 5. Additional Information,** type or print a detailed statement explaining your selection in **Item Number 3.**

**5.  Information Pertaining to an Upcoming Immigration Court Proceeding**

If the subject of record has an upcoming immigration court proceeding, USCIS may be able to process the request on an accelerated track.  Select the box if the following circumstance applies to your request.

[X] The subject of record has a date scheduled for an immigration court proceeding.  *CASE  At  tHE  BIA .*

If selected, include a copy of one of the following forms, as issued by the U.S. Department of Homeland Security or U.S. Department of Justice, with your request:

- Form I-862, Notice to Appear, documenting the upcoming date of the Subject's hearing before the Immigration Judge;
- Form I-122, Order to Show Cause, documenting the upcoming date of the Subject's hearing before the Immigration Judge;
- Form I-863, Notice of Referral to Immigration Judge; or
- A written notice of continuation of a future scheduled hearing before the Immigration Judge.

## Part 2.  Provide Information to Identify the Subject of Record

The individual to whom a record pertains is described as the subject of record.  The more information you provide about the subject of record, the better USCIS can identify the records you are requesting.

**Subject of Record's Identifying Information**

1.  Alien Registration Number (A-Number):

USCIS issues Alien Registration Numbers, otherwise known as an "A-Number," to persons who apply for, or are granted, certain immigration benefits.  U.S. Customs and Border Protection (CBP) or U.S. Immigration and Customs Enforcement (ICE) may also issue A-Numbers.  If the subject of record was issued an A-Number(s), type or print it in the spaces provided.  If they do not have an A-Number, or do not remember it, leave this space blank.

► A- ███████████          ► A- [          ]          ► A- [          ]

2.  Date of Birth (mm/dd/yyyy)          ███████████

3.  Country of Birth

Provide the name of the country where the subject of record was born.  If the country's name has changed or the country no longer exists, list the country as it was named when the subject of record was born.

India

## Part 2.  Provide Information to Identify the Subject of Record (continued)

4.  Receipt Number    N | A

Provide the USCIS receipt number that corresponds to any request the subject of record filed with USCIS.

A. ▶ [blank]    B. ▶ [blank]

C. ▶ [blank]

### Subject of Record

5.  **Subject of Record's Name**

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| [redacted] | | |

6.  **Additional Names Used**

If applicable, list any additional names the subject of record has used, including any nicknames, aliases, and maiden name. If the subject's name has changed since they entered the United States, indicate the name used at the time of entry in **Item Number 7.** If you need extra space to complete this section, use the space provided in **Part 5. Additional Information.**

A.  **Additional Name 1**

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| N A | | |

B.  **Additional Name 2**

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| | | |

C.  **Additional Name 3**

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| | | |

7.  **Name Used Upon Entry to the United States**

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| [redacted] | | |

### Subject of Record's Mailing Address and Contact Information

8.  List the subject's contact information.  You may list a valid residence, Army Post Office (APO), Fleet Post Office (FPO), or commercial address in the United States.  You may list a post office address (PO Box) if that is how the subject receives their mail.

| Street Number and Name | Apt. Ste. Flr. | Number |
|---|---|---|
| 177 Livingston Street | ☐ ☐ ☒ | 7th |

| City or Town | State | ZIP Code |
|---|---|---|
| Brooklyn | NY | 11201 |

| Province | Postal Code | Country |
|---|---|---|
| | | USA |

| Telephone Number | Email Address |
|---|---|
| 9176859457 | mdoherty@bds.org |

## Part 2.  Provide Information to Identify the Subject of Record (continued)

**9.  Subject of Record's Father**

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| ███████████████████ | | |

☐ Father's Name is unknown.

**10.  Subject of Record's Mother**

| Family Name (Last Name) | Maiden Name, or previous last names |
|---|---|
| ██████ | |

| (First Name) | Middle Name (if applicable) |
|---|---|
| ███████ | |

☐ Mother's Name is unknown.

## 11.  Additional Family Members that May Appear on Requested Records

Provide the family member's full name and their relationship to the subject of record for any individual that may appear on the requested records, for example, a spouse or children.

**A.  Name 1**    N / A

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| | | |

Relationship

**B.  Name 2**

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| | | |

Relationship

**C.  Name 3**

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| | | |

Relationship

If you need extra space to complete this section, use the space provided in **Part 5. Additional Information**.

## 12.  Avoiding Redaction of Records Mentioning Additional Persons

To protect the privacy of each person mentioned in records we release, we redact their information unless you provide:

- Their consent for us to release their information, either in a notarized document, or a document signed under penalty of perjury, or;

- Proof they are deceased, with a death certificate, obituary, photograph of a funeral memorial or monument; or screen print from the Social Security Death Index; or probate documents filed in court.  This is not required if they were born more than 100 years before you submit this form.

Include these documents with this Form G-639 and complete pertinent sections of **Part 5. Additional Information**.

## Part 3. Certification of Request and Consent to Release, Amend, or Correct Records

**Requestor Consent to Pay Potential Fees**

USCIS will contact you with instructions if any fees are required. **Please do not send any payment at the time of your request.**

In accordance with Department of Homeland Security Regulations, your request constitutes an agreement to pay any fees that may be chargeable up to **$25.00**. We may charge fees for searching for records at the respective clerical, professional, and/or managerial rates of **$4.00/$7.00/$10.25** per quarter hour, and for duplication of copies at the rate of **$.10** per copy. We do not charge for the first 100 copies and two hours of search time, and the remaining combined charges for search and duplication must exceed **$14.00** before we will charge you any fees. Search and processing fees are not applicable for Privacy Act requests.

If the total anticipated fees are more than **$250**, or you have failed to pay fees in the past, USCIS may request an advance deposit. USCIS will not process any Form G-639 until you pay all fees from prior requests.

[X]  I, the requestor, consent to pay all costs incurred for search, duplication, and review of documents up to $25.

**Declaration that the Request is True and Complete**

If you are the subject of record and requesting records about yourself or requesting a correction or amendment of your records, you must verify your identity by providing the information requested in **Part 2.** You **MUST** also sign your request below and have your signature notarized **OR** submitted under penalty of perjury.

Sign and date the request. A stamped or typewritten name in place of a signature is not acceptable.

I certify, swear, or affirm, under penalty of perjury under the laws of the United States of America, that the information in this request is complete, true, and correct.

1.  Signature of Requestor                                                     Date of Signature (mm/dd/yyyy)

➡️                                                                              10 / 11 / 23

## Part 4. Third-Party Requestor

**1. Third-Party Requestor Identifying Information**

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| Doherty | Michelle | Lee |

**2. Third-Party Requestor Mailing Address and Contact Information**

In Care Of Name (if any)

| Brooklyn Defender Services |
|---|

| Street Number and Name | | Apt. Ste. Flr. | Number |
|---|---|---|---|
| 177 Livingston Street | ☐ ☐ [X] | 7th |

| City or Town | State | ZIP Code |
|---|---|---|
| Brooklyn | NY | 11201 |

| Province | Postal Code | Country |
|---|---|---|
| | | USA |

| Telephone Number | Email Address |
|---|---|
| 9176859457 | mdoherty@bds.org |

**Part 4. Third-Party Requestor** (continued)

3. **Third-Party Requestor's Relationship to the Subject of Record**

   What is the relationship of the subject of record to the third-party requestor?

   If you are requesting information or amendment or correction of records on behalf of the subject of record (select **only** one for Items **A. - F.**):

   [X] **A.** I am an attorney or accredited representative, acting on behalf of the subject of record. G-28 ATTACHED.

   [ ] **B.** I am requesting information about someone who is deceased.

   [ ] **C.** I am requesting information on behalf of my child or a minor for whom I am a legal guardian.

   [ ] **D.** Other (Explain): [                                                      ]

   If you are requesting information about a subject of record with whom you have no relationship:

   [ ] **E.** I am requesting as a member of the media.

   [ ] **F.** Other (Explain): [                                                      ]

   If you selected **Item B.** in **Item Number 3.**, provide proof they are deceased, with a death certificate, obituary, photograph of a funeral memorial or monument; or screen print from the Social Security Death Index; or probate documents filed in court. This is not required if they were born more than 100 years before you submit this form.

4. If you selected **Item C.** in **Item Number 3.**, you must provide proof of parentage/guardianship, such as a birth certificate, adoption decree, or similar document naming the requestor as the legal parent or guardian. You must also provide:

   A. Parent/Guardian's Legal Name

   | Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
   |---|---|---|
   |  |  |  |

   B. Parent/Guardian's Date of Birth    C. Parent/Guardian's Country of Birth
      (mm/dd/yyyy) [                ]      [                ]

## Consent by Subject of Record to Release Records to a Third-Party Requestor or Allow Amendment or Correction of Records by a Third-Party Requestor

USCIS generally requests that third-party requestors prove they have the subject of the record's consent to receive the records. Alternately, third-party requestors must prove the subject of record is deceased, or otherwise demonstrate that the requested records are subject to release, such as when there is no privacy interest in the records, or if there is a public interest in the records that outweighs the subject's privacy interests. Consent by the subject of record is generally not requested if the subject of record's birthdate is more than 100 years before the submission of this request. Third party requestors who are seeking amendment or correction of records pertaining to the subject of record must demonstrate that they have the subject of record's consent and that they are acting on behalf of the subject of record.

To provide consent, complete one of the following options:

**Option 1: Declaration Under Penalty of Perjury**

[X] I, the subject of record, consent to USCIS releasing my records to a third-party requestor and/or allowing amendment or correction of my records by a third-party requestor, as named in **Part 4.** I certify, swear, or affirm, under penalty of perjury under the laws of the United States of America, that the information in this request is complete, true, and correct.

5. Signature of Subject of Record    Date of Signature (mm/dd/yyyy)

   ████████████████████████████    10 / 11 / 23

## Part 4.  Third-Party Requestor (continued)

**Option 2:  Notarized Affidavit of Identity**         N / A

**IMPORTANT:**  Do **NOT** sign and date below until the notary public provides instructions to you.

By my signature, I consent to USCIS releasing my records to a third-party requestor and/or allowing amendment or correction of the requested records to the third-party requestor, as named in **Part 4.**  I certify, swear, or affirm that the information in this request is complete, true, and correct.

6.  Signature of Subject of Record                         7.  Date of Signature (mm/dd/yyyy)

8.  Subscribed and Sworn to Before Me on (mm/dd/yyyy)

9.  Signature of Notary                                    10.  Notary's Telephone Number

11.  My Commission Expires on (mm/dd/yyyy)

If you need extra space to complete this section, use the space provided in **Part 5. Additional Information.**

## Part 5.  Additional Information

If you need extra space to provide any additional information within this request, use the space below.  You may also make copies of this page to complete this request or attach a separate sheet of paper.

If you attach additional paper:

- Type or print the subject of record's name and their A-number (if known) at the top of each sheet;
- Indicate the **Page Number, Part Number**, and **Item Number** to which your answer refers; and
- Sign and date each sheet.

1. Subject of Record's Family Name (Last Name)   Subject of Record's Given Name (First Name)   Subject of Record's Middle Name

2. Subject of Record's A-Number (if any)   ► A-

3. A. Page Number      B. Part Number      C. Item Number

   3                    1                   2

   D.
   See attached letter for specific documents and information requested.

4. A. Page Number      B. Part Number      C. Item Number

   D.

5. A. Page Number      B. Part Number      C. Item Number

   D.

6. A. Page Number      B. Part Number      C. Item Number

   D.

7. A. Page Number      B. Part Number      C. Item Number

   D.

## DHS Privacy Notice

**AUTHORITIES:** The information requested on this form, and the associated evidence, is collected under the Freedom of Information Act (FOIA), 5 U.S.C. Section 552, and the Privacy Act of 1974 (PA), 5 U.S.C. Section 552a, together with the Department of Homeland Security implementing regulations found in volume 6 of the Code of Federal Regulations (CFR).

**PURPOSE:** The primary purpose for providing the requested information on this form is to request access to information under the FOIA and/or PA, or amendment or correction of records under the PA. DHS uses the information you provide to grant or deny the information request you are seeking.

**DISCLOSURE:** The information you provide is voluntary. However, failure to provide the requested information, and any requested evidence, may delay access to information or result in denial of your information or amendment request.

**ROUTINE USES:** DHS may share the information you provide on this form and any additional requested evidence with other Federal, state, local, and foreign government agencies and authorized organizations. DHS follows approved routine uses described in the associated published system of records notices [DHS/ALL-001 DHS FOIA and Privacy Act Record System and DHS/ALL-037 E-Authentication Records System of Records] and the published privacy impact assessments [DHS/USCIS/PIA-077 FOIA Immigration Records System (FIRST) and DHS/ALL/PIA-038 FOIA/PA Information Processing System], which you can find at www.dhs.gov/privacy. DHS may also share this information, as appropriate, for law enforcement purposes or in the interest of national security.

## Paperwork Reduction Act

An agency may not conduct or sponsor an information collection, and a person is not required to respond to a collection of information, unless it displays a currently valid Office of Management and Budget (OMB) control number. The public reporting burden for this collection of information is estimated at 40 minutes per response, including the time for reviewing instructions, gathering the required documentation and information, completing the request, preparing statements, attaching necessary documentation, and submitting the request. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to: U.S. Citizenship and Immigration Services, Office of Policy and Strategy, Regulatory Coordination Division, 5900 Capital Gateway Drive, Mail Stop #2140, Camp Springs, MD 20588-0009; OMB No. 1615-0102. **Do not mail your completed Form G-639 to this address.**

# Exhibit C

*Office of the Principal Legal Advisor*
**U.S. Department of Homeland Security**
26 Federal Plaza, Room 1130
New York, NY 10278



U.S. Immigration and
Customs Enforcement

September 18, 2023

Sarika Arya, Esq. and Michelle Doherty, Esq.
Senior Staff Attorneys, Immigration Practice (NYIFUP)
Brooklyn Defender Services
VIA EMAIL: sarya@bds.org and mdoherty@bds.org

Senior Attorney Arya and Senior Attorney Doherty:

This letter is being sent to inform you that U.S. Immigration and Customs Enforcement (ICE)
mistakenly disclosed to the Nassau County, NY District Attorney's Office, limited asylum related
information pertaining to your client,                    in violation of its confidentiality obligations
under 8 C.F.R. §208.6. Specifically, the information disclosed was an unredacted copy of the
immigration judge's decision, dated February 6, 2023, issued in your client's removal proceeding
that discussed your client's request for protection in the United States. We are notifying you directly
as the attorneys of record to ensure your client receives notice of the inadvertent disclosure.

After learning of this violation, ICE has self-reported the violation to ICE's Office of Professional
Responsibility Joint Intake Center. ICE has also taken steps to protect your client's privacy by
requesting that the Nassau County DA's Office destroy the immigration court decision, refrain from
using or disclosing its contents in any manner, including further dissemination. ICE is presently
seeking confirmation from the DA's office that it has complied with our request; we will
immediately inform you when it has done so. ICE also requested that the DA's office provide our
office with a list of any disclosures it may have already made so that ICE can take any additional
appropriate remedial measures.

In light of this disclosure by ICE, OPLA NYC will agree to join in a motion to remand your client's
removal proceedings from the Board of Immigration Appeals to the immigration court under INA §
240(c)(7)(A) to allow           to file a new or updated Form I-589, Application for Asylum and
Withholding of Removal, and apply for asylum or related protection based solely or in part on the
inadvertent disclosure. If your client would like our office to join in such a motion, please let us
know within 30 calendar days of this letter.

Please note, however, that should your client wish to pursue further applications for protection and
relief in the United States because of the disclosure, ICE will not adopt or endorse any facts or legal
arguments previously set forth by your client. Likewise, ICE will not concede the validity of any
factual allegations made in any such motion to remand, aside from the fact of the disclosure, nor will
it concede or stipulate to your client's eligibility for any form of relief or protection. ICE will reserve
the right to contest the eligibility and merits of any relief application and submissions before the
immigration judge.

ICE deeply regrets that this error occurred and will continue to work to protect the privacy of Mr. ████████ If you have any questions related to this matter, please contact DCC Fayaz Habib at Fayaz.Habib@ice.dhs.gov.

Sincerely,

**WEN TING CHENG**  Digitally signed by WEN TING CHENG
Date: 2023.09.19 00:00:26 -04'00'

Wen-Ting Cheng
Chief Counsel
DHS/ICE/OPLA

# Exhibit D

**DETAINED**

Wen-Ting Cheng
Chief Counsel
Fayaz Habib
Deputy Chief Counsel
Wendy Leifer
Assistant Chief Counsel
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security
26 Federal Plaza, Rm. 1130
New York, NY  10278

Michelle Doherty, Esq.
Sarika Arya, Esq.
Brooklyn Defender Services
177 Livingston St., 7th Floor
Brooklyn, NY  11201

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**BOARD OF IMMIGRATION APPEALS**
**FALLS CHURCH, VA**

In the Matter of:

███████████

In Removal Proceedings

File No.: ███████████

**JOINT MOTION TO REMAND**

The U.S. Department of Homeland Security (Department) and the respondent jointly move the Board of Immigration Appeals (Board) to remand the respondent's removal proceedings. This motion is not subject to temporal or numerical limitations. 8 C.F.R. § 1003.2(c)(3)(iii).

On or about May 30, 2023, Immigration and Customs Enforcement (ICE) disclosed the respondent's personally identifiable information, and information related to his removal proceedings, to the Nassau County District Attorney's Office. The disclosure provided the Nassau County District Attorney's Office with information regarding the respondent's applications for asylum and protection in the United States. Specifically, ICE disclosed an unredacted copy of the Immigration Judge's written decision, dated February 6, 2023, contrary to ICE's confidentiality obligations under 8 C.F.R. § 208.6 (discussing asylum and protection-related confidentiality). Accordingly, the parties agree that remanding to the Immigration Judge is warranted to allow the respondent to file a new or updated Application for Asylum, Withholding of Removal, and Protection under the Convention against Torture (Form I-589), based solely or in part on the disclosure.

By agreeing to joint remand, the respondent does not relinquish his pending arguments appealing the Immigration Judge's decision dated February 6, 2023, and reserves the right to appeal based on those issues at a future date if necessary.

The Department does not adopt or endorse any facts or legal arguments set forth by the respondent, aside from the fact that the disclosure took place, nor does it concede or stipulate to the respondent's eligibility for any forms of relief or protection. The Department reserves the right to contest the eligibility and merits of the respondent's applications and submissions before the Immigration Judge.

025

**WHEREFORE**, the Department and the respondent respectfully request that the Board

remand these proceedings.

Respectfully submitted this _10th day of October, 2023.

On behalf of
U.S. Immigration and Customs Enforcement,
U.S. Department of Homeland Security:

**WENDY LEIFER**
Digitally signed by
WENDY LEIFER
Date: 2023.10.10
18:08:23 -04'00'

_____

Wendy Leifer
Assistant Chief Counsel

On behalf of
the respondent:

_____

Michelle Doherty, Esq.
Brooklyn Defender Services

_____

Sarika Arya, Esq.
Brooklyn Defender Services

Date: _____

Date: October 10, 2023

2

# Exhibit E



**U.S. Department of Justice**

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*

*5107 Leesburg Pike, Suite 2000*
*Falls Church, Virginia 22041*

**Doherty, Michelle L**
**Brooklyn Defender Services**
**156 Pierrepont Street**
**Brooklyn, NY 11201**

**DHS/ICE Office of Chief Counsel - VOC**
**201 Varick Street, Rm. 1130**
**New York, NY 10014**

Name: ████████████████        ████████████████

**Type of Proceeding:** Removal

**Date of this notice:** 3/8/2023

**Type of Appeal:** Case Appeal

**Filed by: Alien**

## FILING RECEIPT FOR APPEAL

The Board of Immigration Appeals acknowledges receipt of your appeal and fee or fee waiver request (where applicable) on   3/6/2023                    in the above-referenced case.

**WARNING:** If you leave the United States after filing this appeal but before the Board issues a decision your appeal will be considered withdrawn and the Immigration Judge's decision will become final as if no appeal had been taken (unless you are an "arriving alien" as defined in the regulations under 8 C.F.R. § 1001.1(q)).

**WARNING:** If you have been granted voluntary departure by the Immigration Judge, you must submit sufficient proof of having posted the voluntary departure bond set by the Immigration Judge to the Board of Immigration Appeals. Your submission of proof must be provided to the Board within 30 days of filing this appeal. If you do not timely submit proof to the Board that the voluntary departure bond has been posted, the Board cannot reinstate the period of voluntary departure. 8 C.F.R. § 1240.2(c)(3)(ii).

**NOTICE TO PARTIES – DHS/ICE prosecutorial discretion**: The Board is aware that DHS has issued memoranda regarding its enforcement priorities and framework to exercise prosecutorial discretion (memoranda are available on U.S. Immigration and Customs Enforcement (ICE) website at www.ice.gov). See EOIR PM 21-25, Effect of Department of Homeland Security Enforcement Priorities, available at www.justice.gov/eoir. The parties may wish to assess whether this matter remains an enforcement priority and whether the exercise of prosecutorial discretion is warranted. However, as there are prohibitions on DHS's authority to exercise its prosecutorial discretion (e.g., individuals subject to mandatory detention pursuant to sections 236(c) and 241 of the Immigration and Nationality Act, 8 U.S.C. 1222(c) and1231, all inquiries regarding an individual respondent/applicant's eligibility for prosecutorial discretion must be made directly to DHS/ICE. If the parties jointly agree to the exercise of prosecutorial discretion, or if ICE otherwise intends to exercise some form of prosecutorial discretion, a motion should be filed with the Board to this effect and it should clearly contain the caption

"EXERCISE OF PROSECUTORIAL DISCRETION" on the front of the motion.

**PLEASE NOTE:**
In all future correspondence or filings with the Board, please list the name and alien registration number ("A" number) of the case (as indicated above), as well as all of the names and "A" numbers for every family member who is included in this appeal.

If you have any questions about how to file something at the Board, please review the Board's Practice Manual, found within the EOIR Policy Manual at www.justice.gov/eoir.

Certificate of service on the opposing party at the address above is required for ALL submissions to the Board of Immigration Appeals - including correspondence, forms, briefs, motions, and other documents. If you are the Respondent or Applicant, the "Opposing Party" is the DHS Counsel or the Director of HHS/ORR at the address shown above. Your certificate of service must clearly identify the document sent to the opposing party, the opposing party's name and address, and the date it was sent to them. Any submission filed with the Board without a certificate of service on the opposing party will be rejected.

cc:

Userteam: PCM

# Exhibit F

**DECLARATION OF PARALEGAL, BIANNY MAGARIN**

I, Bianny Magarin, swear under penalty of perjury, the following:

1.  My name is Bianny Magarin. I am employed as a paralegal for Brooklyn Defender Services at 177 Livingston Street, 7th Floor, Brooklyn, NY 11201.

2.  I was assigned to work on ███████████ immigration case with the attorneys, Michelle Doherty and Sarika Arya. At the time of writing this declaration, ███████ removal proceedings are before the Board of Immigration Appeals ("BIA"). ███████ A number is A████████. ██████ is currently detained in immigration custody at the Buffalo Federal Detention Facility in Batavia, New York.

3.  ███████ immigration attorneys became aware that immigration officials violated 8 C.F.R. §208.6 by sharing confidential information related to his asylum case with the Nassau County District Attorney's Office in New York. The attorneys became aware of this unlawful disclosure after employees from the Nassau County District Attorney's Office filed unredacted documents related to ███████ asylum case, including the Immigration Judge's decision, as exhibits in their written opposition to ███████ motion for post-conviction relief under New York Criminal Procedure Law ("NYCPL") § 440.10(1)(h) (often referred to as a "440 motion"). These documents were not filed under seal.

4.  ███████ immigration attorneys asked me to inquire whether state court filings related to 440 motions or direct appeals are public records. I write this declaration to explain a phone conversation I had with a supervisor at the Nassau County District Court addressing whether 440 motions, direct appeals, and the related filings are public record.

5.  On Friday, September 15, 2023, I called the Nassau County District Court and spoke to the clerk named Theresa. Theresa then gave me the contact information of her supervisor, Valerie, to make sure I was given the correct information regarding my questions.

6.  I left a voicemail for the supervising clerk, Valerie, and she called me back the same day. I asked Valerie if a 440 motion and the exhibits attached to it were public record. She told me that anyone from the public can obtain the records as long as the records are not sealed. I asked how a member of the public would request these records. She said they would have to submit a written request to the court and then pay for them.

7. Additionally, I asked how someone would obtain records from a direct appeal. Valerie informed me that they would also have to submit a written request and pay for the documents.

Date: 09/26/2023

Brooklyn, NY

Bianny Magarin