UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>        Defendant. | Civil Action No. 24-0617 (TJK) |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order of March 14, 2024, the parties, Defendant, U.S. Immigration and Customs Enforcement ("ICE"), and Plaintiff, John Doe, file the instant Joint Status Report in this Freedom of Information Act ("FOIA") case.

1. This action, brought under the FOIA, relates to a FOIA request submitted to ICE on October 13, 2023.

2. On March 8, 2024, Plaintiff filed a motion seeking for this Court to enter a temporary restraining order requiring ICE to expedite processing of the subject FOIA request, and to produce responsive records on or before March 15, 2024.

3. But as of March 14, 2024, ICE has completed processing of Plaintiff's FOIA request, and provided responsive records to Plaintiff's counsel.

4. Accordingly, Plaintiff's motion for a temporary restraining order is now moot.

5. Plaintiff acknowledges receipt of the March 14, 2024 production. After review, Plaintiff will file any further motions as appropriate.

Date:  March 15, 2024

MATTHEW M. GRAVES, D.C. Bar# 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:  /s/       Fithawi Berhane
FITHAWI BERHANE
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-6653
Fithawi.Berhane@usdoj.gov

*Attorneys for the United States*