UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br><br>          Plaintiff,<br><br>     v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>          Defendant. | Civil Action No. 24-0617 (TJK) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant hereby moves for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. In support of this motion, Defendant respectfully refers the Court to the accompanying memorandum of law, statement of undisputed material facts, declaration, and exhibits. A proposed order is also attached.

Dated: September 2, 2024
       Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK,
Chief, Civil Division

By:  /s/ Fithawi Berhane
     FITHAWI BERHANE
     Assistant United States Attorney
     601 D Street NW
     Washington, DC 20530
     (202) 252-6653
     Fithawi.Berhane@usdoj.gov

*Attorneys for the United States of America*