10/18/2023

Michelle Doherty

156 Pierrepont Street

Brooklyn, New York 11201

RE:     ICE FOIA Case Number 2024-ICFO-01546

Dear Requester:

This acknowledges receipt of your 10/12/2023, Freedom of Information Act (FOIA) request to U.S. Immigration and Customs Enforcement (ICE), for records pertaining to the unlawfully disclosed Mr. Singh's personally identifiable information ("PII"), and information related to his removal proceedings. Your request was received in this office on 10/12/2023.

After careful review of your FOIA request, we determined that your request is 1) too broad in scope, 2) did not specifically identify the records which you are seeking, or 3) only posed questions to the agency. Records must be described in reasonably sufficient detail to enable government employees who are familiar with the subject area to locate records without placing an unreasonable burden upon the agency.  For this reason, §5.3(b) of the DHS regulations, 6 C.F.R. Part 5, require that you describe the records you are seeking with as much information as possible to ensure that our search can locate them with a reasonable amount of effort.  Whenever possible, a request should include specific information about each record sought, such as the date, title or name, author, recipients, and subject matter of the records, if known, or the ICE program office you believe created and/or controls the record.  The FOIA does not require an agency to create new records, answer questions posed by requesters, or attempt to interpret a request that does not identify specific records.

Please resubmit your request containing a reasonable description of the records you are seeking.  Upon receipt of a perfected request, you will be advised as to the status of your request.

If we do not hear from you within 30 days from the date of this letter, we will assume you are no longer interested in this FOIA request, and the case will be administratively closed.  Please be advised that this action is not a denial of your request and will not preclude you from filing other requests in the future. If you have any questions please contact FOIA Public Liaison Fernando Pineiro Jr. at (866) 633-1182 or the address above.

Your request has been assigned reference number 2024-ICFO-01546.

Sincerely,

ICE FOIA Office

Immigration and Customs Enforcement

Freedom of Information Act Office

500 12th Street, S.W., Stop 5009