UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br><br>      Plaintiff,<br><br>  v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>      Defendant. | Civil Action No. 24-0617 (TJK) |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's motion for summary judgment, and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that Judgement shall be entered for Defendant.

Dated: _____

_____
United States District Judge