

L4

U.S. Department of Homeland Security
500 12th Street, SW
Washington, DC 20536

Re: <First Name> <Last Name>, <A Number>

Dear <Attorney>:

We are writing to inform you of an unintentional information disclosure that occurred on November 28, 2022. On that date, a document was mistakenly posted on U.S. Immigration and Customs Enforcement's (ICE) public-facing website, ICE.gov, that included limited information on some individuals in ICE custody. Specifically, the document contained names, A-numbers, dates of birth, countries of citizenship, detention facility names, and other immigration information, including credible or reasonable fear decisions associated with each case. Unfortunately, ICE's review has determined that your client's information was included in the document. We are notifying you directly as the attorney of record to ensure your client receives notice of the inadvertent disclosure.

After learning of this incident on the same day it occurred, ICE immediately removed the document from its website and began working to secure the information and notify everyone who was impacted. In addition to letting you know what happened, ICE is taking proactive steps to protect your client's privacy, including online monitoring for potential re-posting of the document and, to the extent we are able, identifying parties who may have accessed it while it was briefly online. ICE will contact anyone we identify as potentially having the document to request that they destroy it and not share it.

Additionally, because the disclosure violated confidentiality obligations under 8 C.F.R. § 208.6 by revealing that your client sought protection in the United States, if your client is currently subject to a final order of removal, ICE will delay their removal for 30 days. This delay is intended to allow your client to determine what actions they may wish to take.

ICE deeply regrets that this error occurred and will continue to work to protect the privacy of everyone who was impacted, as well as to prevent similar incidents from happening in the future.

If you have further questions or concerns about this incident, please contact your client's assigned ICE Enforcement Removal Operations case officer for assistance.



L4

U.S. Department of Homeland Security
500 12th Street, SW
Washington, DC 20536

U.S. Immigration
and Customs
Enforcement

L4

U.S. Department of Homeland Security
500 12th Street, SW
Washington, DC 20536

U.S. Immigration
and Customs
Enforcement

<First Name> <Last Name>
<A Number>
<Detention Center>

We are writing to inform you of an unintentional information disclosure that occurred on November 28, 2022. On that date, a document was mistakenly posted on Immigration and Customs Enforcement's (ICE) public-facing website, ICE.gov, that included limited information on some individuals in ICE custody. Specifically, the document contained names, A-numbers, dates of birth, countries of citizenship, detention facility names, and other immigration information, including credible or reasonable fear decisions associated with each case. Unfortunately, ICE's review has determined that your information was included in the document.

After learning of this incident on the same day it occurred, ICE immediately removed the document from its website and began working to secure the information and notify everyone who was impacted. In addition to letting you know what happened, ICE is taking proactive steps to protect your privacy, including online monitoring for potential re-posting of the document and identifying parties who may have accessed it while it was briefly online. Once this review is complete, ICE will request confirmation from anyone who downloaded the document that they have destroyed it and will not further share it.

Additionally, because the disclosure violated confidentiality obligations under 8 C.F.R. § 208.6 by revealing that you sought protection in the United States, if you are currently subject to a final order of removal, ICE will delay your removal for 30 days. This delay is intended to allow you to determine what actions you wish to take, including consulting with an attorney.

While ICE recognizes that some individuals going through the immigration process already have legal representation, ICE is including a list of free or low-cost legal representatives along with this letter to help those who do not. If you already have an attorney on file with ICE, we will send them a copy of this letter.

ICE deeply regrets that this error occurred and will continue to work to protect the privacy of everyone who was impacted, as well as to prevent similar incidents from happening in the future.

If you have further questions or concerns about this incident, please contact your assigned ICE Enforcement Removal Operations case officer for assistance.

L4

U.S. Department of Homeland Security
500 12th Street, SW
Washington, DC 20536

<First Name> <Last Name>
<A Number>
<Detention Center>

Le escribimos para informarle de una divulgación involuntaria de información que ocurrió el 28 de noviembre de 2022. En esa fecha, se publicó por error un documento en el sitio web público del Servicio de Inmigración y Control de Aduanas (ICE), ICE.gov, que incluía información limitada sobre algunas personas bajo custodia del ICE. En concreto, el documento contenía nombres, números A de registro de extranjero, fechas de nacimiento, países de ciudadanía, nombres de centros de detención y otras informaciones migratorias, entre ellas las decisiones relacionadas al temor fundado o razonable de cada caso. Lamentablemente, la investigación del ICE ha determinado que su información estaba incluida en el documento.

Al enterarse de este incidente el mismo día en que ocurrió, el ICE retiró inmediatamente el documento de su sitio web y comenzó a esforzarse por resguardar la información y notificar a todos los afectados. Además de informarle de lo sucedido, el ICE está tomando medidas proactivas para proteger su privacidad, incluyendo la supervisión en línea para la posible re-publicación del documento y la identificación de las partes que pueden haber accedido a él mientras se encontraba brevemente en línea. Una vez que se haya completado esta investigación, el ICE solicitará a cualquiera que haya descargado el documento la confirmación de que lo ha desechado y que no lo volverá a compartir.

Además, debido a que la divulgación infringió las disposiciones de confidencialidad según el apartado 8 del Código de Reglamentos Federales, artículo 208.6, al revelar que usted buscó protección en los Estados Unidos; si actualmente está sujeto a una orden final de expulsión, el ICE aplazará su expulsión por 30 días. Esta demora está destinada a permitirle determinar las medidas que desea tomar, entre ellas consultar con un abogado.

Aunque el ICE reconoce que algunas personas que están pasando por el proceso de inmigración ya tienen representación legal, el ICE incluye una lista de representantes legales gratuitos o de bajo costo junto con esta carta para ayudar a los que no la tienen. Si usted ya tiene un abogado que conste en los expedientes del ICE, le enviaremos una copia de esta carta.

El ICE lamenta profundamente que se haya producido este error y seguirá trabajando para proteger la privacidad de todas las personas afectadas, así como para evitar que se produzcan incidentes similares en el futuro.

Si tiene más preguntas o inquietudes sobre este incidente, por favor, póngase en contacto con su oficial de casos de Operaciones de Expulsión del ICE para obtener ayuda.



*Office of the Principal Legal Advisor*

**U.S. Department of Homeland Security**
500 12th Street, SW; MS 5900
Washington, DC 20024

U.S. Immigration
and Customs
Enforcement

December 12, 2022

*VIA E-MAIL COMMUNICATION*

b6/b7C
Managing Attorney
National Immigrant Justice Center
208 South LaSalle, Suite 1300
Chicago, IL 60604
Email: b6/b7C@heartlandalliance.org
b6/b7C@heartlandalliance.org

Re: *Inadvertent Disclosure of Information Pertaining to Noncitizens*

Dear Ms. b6/b7C

As you may know, sensitive information related to detention and immigration statistics was inadvertently posted on U.S. Immigration and Customs Enforcement's (ICE)'s public-facing website, ICE.gov on November 28, 2022. This information included personally identifiable information (PII) of individuals that is protected by various statutes, regulations, and policies. The information has since been removed on ICE's website; however, based on various news articles relating to this issue, our understanding is that you may have accessed, downloaded, or obtained a copy prior to ICE removing it.

As mentioned above, some of the information is subject to protections afforded by various statutes, regulations, and policies due to its sensitivity. Inadvertent or improper disclosure of such information by an agency does not waive the individual's interest in the protection of their information. We therefore request that you destroy these records, and refrain from using or disclosing their contents in any manner, to include further dissemination. Please note that any further use or disclosure of the information contained in these records would infringe upon the privacy interests of the people whose information is contained in the records and may also impede or interfere with law enforcement activities.

Please confirm that you have destroyed all copies of the document. To the extent you have already disseminated it, please provide us with a list of any disclosures that you have made so

that we can take appropriate remedial measures. We would appreciate your response by Friday, December 16, 2022. To provide this confirmation and list of disclosures (if applicable), or if you have any questions, please contact b6/b7C @ice.dhs.gov.

Thank you for your cooperation.

Sincerely,

b6/b7C

Chief, Government Information Law Division
Office of the Principal Legal Advisor
U.S. Immigration and Customs Enforcement



Information Act, 5 USC §§ 552(b)(5), (b)(7).

L7

**From:** b6/b7C @ice.dhs.gov>
**Sent:** Tuesday, October 10, 2023 3:49 PM
**To:** b6/b7C @ice.dhs.gov>; b6/b7C @ice.dhs.gov>
**Subject:** RE: Unlawful disclosure of information regarding [redacted]s asylum claim

No substantive objections to the current form of the motion. And the case is now on eCAS!

b6/b7C

Office of the Principal Legal Advisor—New York City
U.S. Immigration and Customs Enforcement
Department of Homeland Security
212 b6/b7C
b6/b7C @ice.dhs.gov

*** Warning *** Attorney/Client Privilege *** Attorney Work Product ***
This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this email has been misdirected and immediately destroy all originals and copies. Furthermore do not print, copy, re-transmit, disseminate, or otherwise use this information. Any disclosure of this communication or its attachments must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 USC §§ 552(b)(5), (b)(7).

L6

**From:** b6/b7C ice.dhs.gov>
**Sent:** Tuesday, October 10, 2023 3:47 PM
**To:** b6/b7C @ice.dhs.gov>
b6/b7C .dhs.gov>
**Subject:** RE: Unlawful disclosure of information regarding 's asylum claim

b6/b7C I reviewed the most recent draft JMTR submitted by R's counsel. I believe the terms are agreeable in light of our discussions on the matter.

Thank you.

b6/b7C

Office of the Principal Legal Advisor, New York City
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security
(212) b6/b7C
b6/b7C e.dhs.gov
-
I am generally out of the office and unavailable on wednesdays

*** Warning *** Attorney/Client Privilege *** Attorney Work Product ***
This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this email has been misdirected and immediately destroy all originals and copies. Furthermore do not print, copy, re-transmit, disseminate, or otherwise use this information. Any disclosure of this communication or its attachments must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 USC §§ 552(b)(5), (b)(7).

**From** b6/b7C b6/b7C @ice.dhs.gov>
**Sent:** Tuesday, October 10, 2023 3:03 PM

L10 and 11

U.S. Department of Homeland Security

***** Warning *** Attorney/Client Privilege *** Attorney Work Product *****

This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this email has been misdirected and immediately destroy all originals and copies. Furthermore do not print, copy, re-transmit, disseminate, or otherwise use this information. Any disclosure of this communication or its attachments must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 USC §§ 552(b)(5), (b)(7).

**From:** b6/b7C ice.dhs.gov>
**Sent:** Monday, September 18, 2023 8:28 AM
**To:** b6/b7C ice.dhs.gov>; b6/b7C @ice.dhs.gov>
**Subject:** RE: Asylum disclosure clawback letter

Do you want that same point of contact as in the template for confirmation/dissemination list?

b6/b7C

Office of the Principal Legal Advisor—New York City
U.S. Immigration and Customs Enforcement
Department of Homeland Security
212-b6/b7C
b6/b7C @ice.dhs.gov

*** Warning *** Attorney/Client Privilege *** Attorney Work Product ***
This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this email has been misdirected and immediately destroy all originals and copies. Furthermore do not print, copy, re-transmit, disseminate, or otherwise use this information. Any disclosure of this communication or its attachments must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 USC §§ 552(b)(5), (b)(7).

**Fro** b6/b7C @ice.dhs.gov>
**Sent:** Friday, September 15, 2023 5:37 PM
**To:** b6/b7C ce.dhs.go @ice.dhs.gov>
**Subject:** FW: Asylum disclosure clawback letter

Hi b6/b7C: On Monday, can you please draft a clawback letter for submission to the Nassau DAs office? You can use the attached PDF as a sample. If you have any questions, please work with b6/b7C

L9 and 10

(also included on this e-mail), and please let him review before the final version is sent to ADA [redacted] on Monday. I'll be out on Monday but will try to log in to take a quick look at the final draft of the letter before it gets sent. The letter should inform the ADAs office that the information we provided is protected by regulation and ask if they can destroy or delete the IJ's unredacted decision, and to ask them to cease from any further sharing or disclosures of that information.

Hi [redacted]: On Monday, can you please draft a notification letter to R's attorneys, and please send to me once that draft is completed? You can use the attached word doc as a sample, and also I think you mentioned you may have other samples from the indadvertent disclosure cases you've worked with [redacted] on. In that letter, please include some of the recommendations that GILD and ILPD sent to us, regarding our willingness to non-opp a motion to remand so that they can supplement the record if they wish, etc. If there's been another method for notifying respondent's in those cases that you think would be appropriate here, please let me know.

I will be out on Monday but will login during the afternoon so that I can review the above two drafts before we send them out.

Thank you both.

[redacted]
Office of the Principal Legal Advisor, NYC
U.S. Immigration & Customs Enforcement
U.S. Department of Homeland Security

***** Warning *** Attorney/Client Privilege *** Attorney Work Product *****
This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this email has been misdirected and immediately destroy all originals and copies. Furthermore do not print, copy, re-transmit, disseminate, or otherwise use this information. Any disclosure of this communication or its attachments must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 USC §§ 552(b)(5), (b)(7).

**From:** [redacted]@ice.dhs.gov>
**Sent:** Friday, September 15, 2023 10:21 AM
**To:** [redacted]@ice.dhs.gov>; [redacted]@ice.dhs.gov>; [redacted]ice.dhs.gov>; [redacted]r@ice.dhs.gov>
**Subject:** FW: Asylum disclosure clawback letter

[redacted]
The attached is what I received from my deputy. The sample notification letter is the same one that [redacted] sent but you can use language from the clawback letter, as well. Hope this helps and please let me know if you require anything further. Thanks.

L9

b6/b7C

Government Information Law Division
Office of the Principal Legal Advisor
U.S. Immigration and Customs Enforcement
Cell: 202-924-b6/b7C
Email: b6/b7C ice.dhs.gov

***** WARNING *** ATTORNEY/CLIENT PRIVILEGE *** ATTORNEY WORK PRODUCT *****

This document contains confidential and/or sensitive attorney/client privileged information or attorney work product and is not for release, review, retransmission, dissemination or use by anyone other than the intended recipient. Please notify the sender if this message has been misdirected and immediately destroy all originals and copies. Any disclosure of this document must be approved by the Office of the Principal Legal Advisor, U.S. Immigration & Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY. FOIA exempt under 5 U.S.C. § 552(b)(5).



***** Warning *** Attorney/Client Privilege *** Attorney Work Product ***** L19

This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this email has been misdirected and immediately destroy all originals and copies. Furthermore do not print, copy, re-transmit, disseminate, or otherwise use this information. Any disclosure of this communication or its attachments must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 USC §§ 552(b)(5), (b)(7).

b6/b7C @ice.dhs.gov>
**Sent:** Friday, September 15, 2023 2:27 PM
b6/b7C @ice.dhs.gov>; b6/b7C @ice.dhs.gov>; b6/b7C @ice.dhs.gov>; b6/b7C @ice.dhs.gov>; b6/b7C
b6/b7C @ice.dhs.gov>
**Cc:** b6/b7C @ice.dhs.gov>
**Subject:** RE: Allegation of Unlawful Disclosure - A (DETAINED)

b6/b7C : Thank you very much for your analysis and answers to our questions. We will begin the process of seeking to remedy this violation based on your guidance.

b6/b7C Thank you for sharing the sample clawback letter. That will be useful as we address this

situation.

Have a good weekend.



b6/b7C

Office of the Principal Legal Advisor, NYC
U.S. Immigration & Customs Enforcement
U.S. Department of Homeland Security

L24 and 25

**From:** b6/b7C
**To:** b6/b7C
**Cc:** b6/b7C
**Subject:** RE: Allegation of Unlawful Disclosure - A2
**Date:** Tuesday, October 10, 2023 4:49:00 PM

Thank you. All very helpful. Yes, we tried to include some of that language in the joint motion, specifically that the information was shared in response to an information request pursuant to 552(b)(7). But they took issue with that and wanted to see a copy of the b(7) request before inclusion of that language. We didn't want to share that letter and create new avenues for litigation/challenges, or get caught up in a longer back and forth based on the contents of that request, so we left it out as it did not seem absolutely necessary. We'll definitely push to add that context if/when the matter is remanded before the IJ.

Thanks again to both you and b6/b7C for your guidance throughout this process. *Hopefully* this matter will now be resolved.... but let's see!

Thanks,

b6/b7C

Office of the Principal Legal Advisor, NYC
U.S. Immigration & Customs Enforcement
U.S. Department of Homeland Security

***** Warning *** Attorney/Client Privilege *** Attorney Work Product *****
This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this email has been misdirected and immediately destroy all originals and copies. Furthermore do not print, copy, re-transmit, disseminate, or otherwise use this information. Any disclosure of this communication or its attachments must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 USC §§ 552(b)(5), (b)(7).

**From:** b6/b7C b6/b7C @ice.dhs.gov>
**Sent:** Tuesday, October 10, 2023 4:39 PM
**To:** b6/b7C @ice.dhs.gov>; b6/b7C @ice.dhs.gov>
**Cc:** b6/b7C @ice.dhs.gov>
**Subject:** RE: Allegation of Unlawful Disclosure - A (DETAINED)

Hi b6/b7C

I hope you had a good long weekend! Thanks for keeping us in the loop on this. b6/b7C and I both reviewed and have no edits/comments. It is probably not worth mentioning in the motion (especially if it was contentious to get here), but it wouldn't hurt to at least explain the reasons for the disclosure once we get back before the IJ (i.e., the respondent was collaterally attacking his

conviction b/c it rendered him ineligible for asylum). It isn't an exception under 208.6, but it will at least provide context for us providing the decision to the DA.

I hope this helps. Please let us know if you have any other questions or if we can help with anything else.

Thanks,

b6/b7C [redacted]

[redacted]
Immigration Law and Practice Division (ILPD)
Office of the Principal Legal Advisor
U.S. Immigration and Customs Enforcement
Cell: 202b6/b7C [redacted]

**** Warning *** Attorney/Client Privilege *** Attorney Work Product ****

This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this email has been misdirected and immediately destroy all originals and copies. Furthermore do not print, copy, re-transmit, disseminate, or otherwise use this information. Any disclosure of this communication or its attachments must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 U.S.C. § 552(b)(5), (b)(7).

b6/b7C [redacted]dhs.gov>
**Sent:** Tuesday, October 10, 2023 3:54 PM
**To:** b6/b7C [redacted]l@ice.dhs.gov>
b6/b7C [redacted]@ice.dhs.gov>
**Subject:** RE: Allegation of Unlawful Disclosure - A[redacted] (DETAINED)

Good Afternoon, b6/b7C [redacted] and b6/b7C [redacted]:

I hope you are well. In an abundance of caution, we would like to take you up on your offer to review a draft of our joint motion to remand, based on the inadvertent disclosure in this matter. After *a lot* of back and forth between our office and respondent's counsel, attached is the draft motion that both parties have begrudgingly met in the middle on. Could you please take a look and let us know if you see any language that would be problematic for us? If no issues, we will be finalizing and signing this version.

Thank you.

L22

b6/b7C
Deputy Chief Counsel
Office of the Principal Legal Advisor, NYC
U.S. Immigration & Customs Enforcement
U.S. Department of Homeland Security

***** Warning *** Attorney/Client Privilege *** Attorney Work Product *****

This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this email has been misdirected and immediately destroy all originals and copies. Furthermore do not print, copy, re-transmit, disseminate, or otherwise use this information. Any disclosure of this communication or its attachments must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 USC §§ 552(b)(5), (b)(7).

b6/b7C @ice.dhs.gov>
**Sent:** Thursday, September 21, 2023 8:36 PM
b6/b7C @ice.dhs.gov>
**Subject:** RE: Allegation of Unlawful Disclosure - A (DETAINED)

Thanks b6/b7C. We're in the process of having those conversations with the ADA to find out what other disclosures were made and based on that we'll determine what our options are. We'll follow up if we have any more questions.

As always, we appreciate your assistance. Have a nice weekend.

Thanks,

b6/b7C

Office of the Principal Legal Advisor, NYC
U.S. Immigration & Customs Enforcement
U.S. Department of Homeland Security

***** Warning *** Attorney/Client Privilege *** Attorney Work Product *****

This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this email has been misdirected and immediately destroy all originals and copies. Furthermore do not print, copy, re-transmit, disseminate, or otherwise use this information. Any disclosure of this communication or its attachments must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 USC §§ 552(b)(5), (b)(7).

b6/b7C @ice.dhs.gov>
**Sent:** Tuesday, September 19, 2023 3:30 PM



b6/b7C @ice.dhs.gov>
**Sent:** Tuesday, September 5, 2023 9:37 AM
b6/b7C ice.dhs.gov>
b6/b7C @ice.dhs.gov>
**Subject:** RE: URGENT: Unlawful disclosures & violations of federal regulations protecting confidentiality of fear-based applications

L35 and 36

b6/b7C

I hope you are having a nice long weekend.
Just FYSA, RA made the same release request to ERO NY, and ERO NY responded (see attached email).

b6/b7C e.dhs.gov>
**Sent:** Friday, September 1, 2023 4:11 PM
b6/b7C gov>
@ice.dhs.gov>
**Subject:** RE: A# / URGENT: Unlawful disclosures & violations of federal regulations protecting confidentiality of fear-based applications

b6/b7C

Please see the email below regarding the NYIFUP's allegation about information disclosure in this matter. They are demanding the immediate release of the respondent who is detained at Batavia (his case is pending the BIA). According to PLAnet, our office received b7 request from the Nassau County DA's office, and the information disclosure team reviewed the request. Could the information disclosure team review the case and determine if there was any issue with our response, if any, to the b7 request? Thank you.



**From:** [redacted] @ice.dhs.gov>
**Sent:** Thursday, August 31, 2023 5:27 PM

REL0000027398

b6/b7C [redacted]

**Subject:** FW: A# [redacted] / URGENT: Unlawful disclosures & violations of federal regulations protecting confidentiality of fear-based applications

b6/b7C [redacted] – if you could have the DO address the release request through our normal processes please.

b6/b7C [redacted] FYI on the below. Not sure if the allegations the attorney are making are true or not, but I'd assume someone shared documents from the file with the local criminal courts. I don't intent on reply to the attorney addressing this, but will acknowledge her email.

b6/b7C [redacted]
Buffalo Federal Detention Facility
Buffalo Field Office, Batavia Sub-Office
**Enforcement & Removal Operations**
**U.S. Immigration & Customs Enforcement**
(585) 3 b6/b7C [redacted]

[redacted]

L30, 31, and 32

**From:** b6/b7C
**To:** b6/b7C
**Cc:** b6/b7C
**Subject:** RE: A# URGENT: Unlawful disclosures & violations of federal regulations protecting confidentiality of fear-based applications
**Date:** Thursday, September 14, 2023 10:59:39 AM
**Attachments:** image001.png

Correct, what they were appealing was the no changed circumstance part I believe

**From:** b6/b7C @ice.dhs.gov>
**Sent:** Thursday, September 14, 2023 10:57 AM
**To:** b6/b7C @ice.dhs.gov>
**Cc:** b6/b7C ice.dhs.gov>
**Subject:** RE: A# URGENT: Unlawful disclosures & violations of federal regulations protecting confidentiality of fear-based applications

It appears that a bond hearing has not been held since the BIA remanded the bond case to the IJ, right? And RA recently filed a motion for bond redetermination but withdrew it.

**From:** b6/b7C ice.dhs.gov>
**Sent:** Thursday, September 14, 2023 10:53 AM
**To:** b6/b7C ice.dhs.gov>; b6/b7C @ice.dhs.gov>
b6/b7C @ice.dhs.gov>
**Subject:** RE: / URGENT: Unlawful disclosures & violations of federal regulations protecting confidentiality of fear-based applications

Chiming back in here... the district court ordered bond hearing is what provided the IJ the authority to do a hearing. It wasn't a 236 hearing. So, that's not at issue. Should probably look at addressing real issue: the remanded proceeding (which was not the habeas bond hearing)

**From:** b6/b7C
**To:** b6/b7C
**Subject:** RE: A# URGENT: Unlawful disclosures & violations of federal regulations protecting confidentiality of fear-based applications
**Date:** Thursday, September 14, 2023 7:01:56 PM

Phone self-report has been called in.

b6/b7C

Office of the Principal Legal Advisor—New York City
U.S. Immigration and Customs Enforcement
Department of Homeland Security
212-b6/b7C
@

*** Warning *** Attorney/Client Privilege *** Attorney Work Product ***
This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this email has been misdirected and immediately destroy all originals and copies. Furthermore do not print, copy, re-transmit, disseminate, or otherwise use this information. Any disclosure of this communication or its attachments must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 USC §§ 552(b)(5), (b)(7).



[redacted]

552(b)(5), (b)(7)

L46

**From:** b6/b7C [redacted]@ice.dhs.gov>
**Sent:** Monday, September 18, 2023 4:38 PM
**To:** b6/b7C [redacted]@ice.dhs.gov>
**Cc:** b6/b7C [redacted]@ice.dhs.gov>
**Subject:** RE: Unlawful disclosure of information regarding [redacted] asylum claim

b6/b7C [redacted]

PDF versions of both letters are completed and ready for your signature. I've also attached word versions in case you would like to make any edits.

Please let me know if you would like me to send the letters via e-mail after you've signed. One important note is that the letter to the ADA must be sent *before* we send the letter to R's attorneys. That's because in the letter to R's attorneys we write that we have already sent the letter to the ADA to take remedial measures. So as long as the letter to the ADA is sent right before, we should be fine.

Thanks,

b6/b7C [redacted]

Office of the Principal Legal Advisor, NYC

L44 and 45

U.S. Immigration & Customs Enforcement
U.S. Department of Homeland Security
Cell: 646-b6/b7C

***** Warning *** Attorney/Client Privilege *** Attorney Work Product *****

This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this email has been misdirected and immediately destroy all originals and copies. Furthermore do not print, copy, re-transmit, disseminate, or otherwise use this information. Any disclosure of this communication or its attachments must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 USC §§ 552(b)(5), (b)(7).

**From:** b6/b7C b6/b7C
**Sent:** Sunday, September 17, 2023 10:19 PM
b6/b7C
**Subject:** RE: Unlawful disclosure of information regarding [redacted] asylum claim

Ok, thank you. I will send you both once they are ready for signature.

Thanks,

b6/b7C

Office of the Principal Legal Advisor, NYC
U.S. Immigration & Customs Enforcement
U.S. Department of Homeland Security

***** Warning *** Attorney/Client Privilege *** Attorney Work Product *****

This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this email has been misdirected and immediately destroy all originals and copies. Furthermore do not print, copy, re-transmit, disseminate, or otherwise use this information. Any disclosure of this communication or its attachments must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 USC §§ 552(b)(5), (b)(7).

b6/b7C dhs.gov>
**Sent:** Sunday, September 17, 2023 3:29 PM
b6/b7C
**Subject:** RE: Unlawful disclosure of information regarding [redacted] asylum claim

Thanks [redacted] I'll be the signatory on both the claw back letter and the concession letter to R's attorneys. I should be able to sign it from DC or while on leave if necessary.

Copying [redacted] and [redacted] for awareness since they will be Acting.

[redacted]
OPLA New York City
U.S. Immigration and Customs Enforcement
26 Federal Plaza, Room 1130
New York, NY 10278
[redacted]

Pronouns: she/her/hers

***"With honor and integrity, we will safeguard the American people, our homeland, and our values."***

***** Warning *** Attorney/Client Privilege *** Attorney Work Product *****
This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this email has been misdirected and immediately destroy all originals and copies. Furthermore do not print, copy, re-transmit, disseminate, or otherwise use this information. Any disclosure of this communication or its attachments must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 USC §§ 552(b)(5), (b)(7).

[redacted]



Information Act, 5 USC §§ 552(b)(5), (b)(7).

b6/b7C ice.dhs.gov> L42

**Sent:** Monday, September 11, 2023 6:42 PM

b6/b7C @ice.dhs.gov>

**Subject:** FW: Unlawful disclosure of information regarding asylum claim

I see you're already aware of this from PLAnet. b6/b7C entered some notes today. They seem a lit – loose.

Please brief me on this tomorrow. I'll put something on the calendar. Among other things, please let me know if this has been reported to the JIC and whether you think we need to (if it hasn't). Thanks.

OPLA New York City
U.S. Immigration and Customs Enforcement
26 Federal Plaza, Room 1130
New York, NY 10278
(b6/b7C

Pronouns: she/her/hers

***"With honor and integrity, we will safeguard the American people, our homeland, and our values."***

information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this email has been misdirected and immediately destroy all originals and copies. Furthermore do not print, copy, re-transmit, disseminate, or otherwise use this information. Any disclosure of this communication or its attachments must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 USC §§ 552(b)(5), (b)(7).

**From:** b6/b7C
**Sent:** Monday, September 25, 2023 8:17 PM
**To:** b6/b7C @ice.dhs.gov>; b6/b7C @ice.dhs.gov>
**Subject:** FW: Unlawful disclosure of information regarding 's asylum claim

b6/b7C Can you please prepare a draft joint motion to remand tomorrow? The attached sample/template will give you a good start. Once prepared can you please send to b6/b7C and I for review?

Thanks,

b6/b7C

Office of the Principal Legal Advisor, NYC
U.S. Immigration & Customs Enforcement
U.S. Department of Homeland Security

***** Warning *** Attorney/Client Privilege *** Attorney Work Product *****

This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this email has been misdirected and immediately destroy all originals and copies. Furthermore do not print, copy, re-transmit, disseminate, or otherwise use this information. Any disclosure of this communication or its attachments must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 USC §§ 552(b)(5), (b)(7).

**Subject:** RE: Unlawful disclosure of information regarding asylum claim

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

L54

**DETAINED**

b6/b7C

U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security
26 Federal Plaza, Rm. 1130
New York, NY 10278

Michelle Doherty, Esq.
Sarika Arya, Esq.
Brooklyn Defender Services
177 Livingston St., 7th Floor
Brooklyn, NY 11201

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**BOARD OF IMMIGRATION APPEALS**
**FALLS CHURCH, VA**

| In the Matter of:<br><br>[redacted]<br><br>In Removal Proceedings | File No.: [redacted] |
| --- | --- |

# JOINT MOTION TO REMAND BASED ON DISCLOSURE UNDER 8 C.F.R. § 208.6

The U.S. Department of Homeland Security (Department) and the Respondent, Mr. [redacted], jointly move the Board of Immigration Appeals (Board) to remand the respondent's removal proceedings. This motion is not subject to temporal or numerical limitations. 8 C.F.R. § 1003.2(c)(3)(iii).

On or about May 30, 2023, Immigration and Customs Enforcement (ICE) disclosed documents related to the Respondent's removal proceedings, containing personally identifiable information and immigration information to the Nassau County District Attorney's Office. On or around July 26, 2023, the Nassau County District Attorney's Office filed with the Nassau County Supreme Court unredacted copies of: (i) [redacted] Notice to Appear (Dated: Nov. 16, 2017); (ii) [redacted] Notice of Custody Determination (Dated: Nov. 17, 2017); (iii) Decision and Orders of the Immigration Judge in [redacted] removal proceedings (Dated: February 6, 2023); (iv) Board of Immigration Appeals Status of Notice for Briefing Schedule (Dated: April 25, 2023). The disclosure to the Nassau County District Attorney's Office was in violation of ICE's confidentiality obligations under 8 C.F.R. § 208.6 (discussing asylum and protection-related confidentiality). Accordingly, the parties agree that remanding to the Immigration Judge is warranted to allow the respondent to file a new or updated Application for Asylum, Withholding of Removal and Protection under the Convention Against Torture (Form I-589) and apply for asylum or related protection that is based solely or in part on the disclosure.

By agreeing to joint remand, the Respondent does not relinquish his pending arguments appealing the Immigration Judge's decision dated February 6, 2023, and reserves the right to relitigate the issues at a future date if necessary. On remand, the Respondent further reserves the right to supplement the Form I-589 with information regarding any additional changed

circumstances impacting his claim for Asylum, Withholding of Removal and Protection under the Convention Against Torture.

The Department does not adopt or endorse any facts or legal arguments previously set forth by the Respondent, aside from the fact that the disclosure took place, nor does it concede or stipulate to the Respondent's eligibility for any forms of relief or protection. The Department reserves the right to contest the eligibility and merits of the Respondent's applications and submissions before the Immigration Judge.

**WHEREFORE**, the Department and the Respondent respectfully request that the Board remand these proceedings.

Respectfully submitted this 27th day of September, 2023.

On behalf of
U.S. Immigration and Customs Enforcement,
U.S. Department of Homeland Security:

______________________________
b6/b7C

Date: ____________________

On behalf of
the respondent:

______________________________
Michelle Doherty, Esq.
Brooklyn Defender Services

Date: ____________________

**From:** ▓▓▓▓▓
**To:** ▓▓▓▓▓
**Subject:** Draft memo for GILD re disclosure issue in ▓▓▓▓
**Date:** Tuesday, September 12, 2023 6:52:50 PM
**Attachments:** ▓▓▓▓▓▓ Possible 1208.6 disclosure.doc

▓▓▓ I have to catch my train now.  Here is the bulk of the draft to GILD. (b)(5)

▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓ If I get home on time tomorrow I can complete the draft,

otherwise can it wait until Thursday?

▓▓▓▓▓

▓▓▓▓▓

▓▓▓▓▓

Office of the Principal Legal Advisor, New York City
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security
(212) 436-▓▓▓▓▓
▓▓▓▓ @ice.dhs.gov

-
I am generally out of the office and unavailable on wednesdays

*** Warning *** Attorney/Client Privilege *** Attorney Work Product ***
This communication and any attachments may contain confidential and/or sensitive attorney/client
privileged information or attorney work product and/or law enforcement sensitive information.  It is
not for release, review, retransmission, dissemination, or use by anyone other than the intended
recipient.  Please notify the sender if this email has been misdirected and immediately destroy all
originals and copies.  Furthermore do not print, copy, re-transmit, disseminate, or otherwise use this
information.  Any disclosure of this communication or its attachments must be approved by the
Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement.  This document is
for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of
Information Act, 5 USC §§ 552(b)(5), (b)(7).

L57

[Chief Counsel Name]
Chief Counsel
[Deputy Chief Counsel Name]
Deputy Chief Counsel
[Assistant Chief Counsel/Senior Attorney Name]
Assistant Chief Counsel/Senior Attorney
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security
[Address Line #1]
[Address Line #2]
[ (000) 000-0000]

[NON-DETAINED/**DETAINED**]

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**BOARD OF IMMIGRATION APPEALS**
**FALLS CHURCH, VA**

| In the Matter of: | | |
|---|---|---|
| **[LAST NAME, First Name]** | File No.: | A[000 000 000] |
| **[aka (Any other names, if applicable)]** | | |
| [In Removal/Withholding-Only/Asylum-Only] Proceedings | | |

[(Previous)] Immigration Judge: [Name]    Next Hearing Date: [Month/Day/Year]

**U.S. DEPARTMENT OF HOMELAND SECURITY NON-OPPOSITION TO MOTION TO [REOPEN AND] REMAND BASED ON INADVERTENT DISCLOSURE[S]**



L57



**[Respondent's Name, aka (Any other names, if applicable)]**
**A[000 000 000]**

**CERTIFICATE OF SERVICE**

On [date], I, [name and title], served a copy of this **U.S. Department of Homeland Security Non-Opposition to Motion to [Reopen and] Remand Based on Inadvertent Disclosure[s]** on [name of party served].

☐ by first-class mail, postage pre-paid, to [address of party served].

☐ by first-class mail, postage pre-paid to [address of party served], by placing into my office's receptacle designated for official "out-going" first class mail.

☐ by personally delivering a true copy thereof to the person set forth above.

☐ by electronic service, with prior consent, at the following e-mail address: [email address of party served].

☐ by eService pursuant to the Terms and Conditions agreed to between the parties.

☐ by electronic service through the EOIR Courts and Appeals System (ECAS), as both parties are participating in ECAS. ECAS will automatically send service notifications to both parties that a new document has been filed. Therefore, no separate service was completed.

______________________________
(signature)
[Title]

L58

**Sent:** Wednesday, September 13, 2023 6:58 PM
**To:** OPLA-GILD [redacted]@ice.dhs.gov>; ILPD <b6/b7C [redacted]@ice.dhs.gov>
**Cc:** b6/b7C [redacted]ice.dhs.gov>
**Subject:** Allegation of Unlawful Disclosure - A[redacted]DETAINED)
**Importance:** High

Good Evening GILD and ILPD:

OPLA NYC is writing for GILD and/or ILPD's position on a time sensitive information disclosure matter. The subject, [redacted] is currently *detained*, and his attorneys are alleging unlawful disclosures and violations of federal regulations protecting confidentiality of fear-based applications, for which they are seeking an immediate remedy.

Below are some of the pertinent facts related to this matter:

-

On September 2, 2021, [redacted] was convicted in Nassau County, NY of assault in the second degree upon a plea of guilty with the assistance of counsel. On April 27, 2022, the immigration judge issued a written order denying asylum based upon the subject's assault conviction that constituted a particularly serious crime, thus barring him from asylum and withholding eligibility. On October 27, 2022, the BIA remanded the matter for the immigration judge to consider whether the criminal conviction was final for immigration purposes. On February 6, 2023, the immigration judge issued a new written decision denying all relief on the merits, and did not rely on the conviction for the basis of the denial of relief, and that decision currently remains pending on appeal before the BIA. Subsequently to the IJ's written decision, the subject filed a motion with the criminal court to vacate his assault conviction, in part based on a claim that his previous criminal defense counsel allegedly failed to advise the subject of the immigration consequences of his guilty plea, as required by *Padilla v. Kentucky*. In preparation for responding to the motion to vacate the conviction (440 motion), the prosecuting agency, the Nassau County, NY, District Attorney's Office, made a b(7) request to DHS pursuant to the Privacy Act for relevant documentation from the subject's A-file, in order to evaluate the case and determine their position on the 440 motion. An OPLA NYC ACC submitted a formal b(7) response letter to the district attorney's office, along with the subject's Notice to Appear, an unredacted copy of one of the Immigration Judge's written decisions which included a discussion and denial of the subject's asylum application, and a copy of the BIA appeal notice regarding the status of the briefing schedule. All of those documents are attached here.

Upon discovery of this disclosure to the district attorney's office, the subject's immigration counsel contacted OPLA NYC, ERO NY, OPLA Buffalo, and ERO Batavia, asserting that such disclosure was in violation of 8 C.F.R. § 1208.6. This section provides that information contained in or pertaining to an asylum application shall not be disclosed to a third party without the written consent of the applicant, with certain enumerated exceptions. As a result of the alleged unlawful disclosure, the subject's attorneys request that their client be released from immigration custody or that his classification status be lowered, and that ICE either stipulate to relief from removal or, alternatively, stipulate to a remand from the BIA to the IJ.

(b) (5) [redacted]

L58

(b) (5)

Best Regards,

b6/b7C

Office of the Principal Legal Advisor, NYC
U.S. Immigration & Customs Enforcement
U.S. Department of Homeland Security
Cell: 646-325 b6/b7C 1

***** Warning *** Attorney/Client Privilege *** Attorney Work Product *****

This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this email has been misdirected and immediately destroy all originals and copies. Furthermore do not print, copy, re-transmit, disseminate, or otherwise use this information. Any disclosure of this communication or its attachments must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 USC §§ 552(b)(5), (b)(7).



L62 and 63

**From:** b6/b7C @ice.dhs.gov>
**Date:** Wednesday, Aug 30, 2023 at 6:31 PM
**To:** b6/b7C s.g s.g @
**Subject:** RE: URGENT: Unlawful disclosures & violations of federal regulations protecting confidentiality of fear-based applications

Sir, just glancing in planet it appears one of the ACC's in OPLA received the request and forwarded the request to ADA b6/b7C

5/30/2023
Rec'd (b)(7) request from Nassau County DA's office. Request is generally sufficient but contains clerical error listing wrong name of subject in one section. Completed file review and prepared response. Awaiting correction of defect in the request letter and will forward response to POC ADA b6/b7C upon receipt thereof.

Thank You,

b6/b7C

Detained Case Management Unit
**New York Field Office**
**Enforcement and Removal Operations**
**U.S. Immigration and Customs Enforcement**
**Desk 212-8b6/b7C Cell 917-b6/b7C**

This communication is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO).
It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this communication should be furnished to the media, either in written or verbal form.

**From:** b6/b7C @ice.dhs.gov>
**Sent:** Wednesday, August 30, 2023 6:20 PM

b6/b7C

**Subject:** RE: A# URGENT: Unlawful disclosures & violations of federal regulations protecting confidentiality of fear-based applications

+ b6/b7C.

Here is the reg she cites in the below.

https://www.law.cornell.edu/cfr/text/8/1208.6

Can we ascertain if the alleged disclosure(s) came from Detained or LI? While there are permissible reasons, I would hope that we ran such through OPLA.

Let's find that out first. And go from there.

Regards,

b6/b7C

New York City Field Office, Manhattan Duty Station
**Enforcement and Removal Operations**
**U.S. Immigration and Customs Enforcement**
b6/b7C **(Cell)** 973 b6/b7C
26 Federal Plaza, 10th floor
New York, NY 10278

NOTICE: This communication is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this communication should be furnished to the media, either in written or verbal form.

**From:** b6/b7C

**Sent:** 8/30/2023 11:09:13 PM

**To:** b6/b7C

**Subject:** RE: / URGENT: Unlawful disclosures & violations of federal regulations protecting confidentiality of fear-based applications

Thanks b6/b7C

Got in PLAnet as well, thanks.

I noted that review of the b7 request and disclosure was done by an ACC at Varick, so, presumably correctly.

I'd say I'm sorry for this fire drill however, once again, this was apparently yet another BS allegation by the hug-a-thugs, not an internal issue.

I will discuss with b6/b7C mañana as to whether the response to this nonsense will be from OPLA or us, but, in the interim, all y'all can stand down, and have a nice rest of the evening.

Regards,

b6/b7C

New York City Field Office, Manhattan Duty Station
**Enforcement and Removal Operations**
**U.S. Immigration and Customs Enforcement**
~~**(Office)**~~ ~~212~~b6/b7C **(Cell)** 973b6/b7C
26 Federal Plaza, 10th floor
New York, NY 10278

NOTICE: This communication is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this communication should be furnished to the media, either in written or verbal form.

---

**From:** b6/b7C b6/b7C @ice.dhs.gov>
**Date:** Wednesday, Aug 30, 2023 at 6:44 PM



[redacted]

**From:** b6/b7C [redacted]ice.dhs.gov> L64
**Sent:** Wednesday, August 30, 2023 6:43 PM
**To:** b6/b7C [redacted]
**Subject:** RE: A#[redacted] URGENT: Unlawful disclosures & violations of federal regulations protecting confidentiality of fear-based applications

Was it even one of the NYC ACCs?

Body was a full transfer to BTV a solid 6 months ago.

In any event, I'll look into it further in the morning.

Thanks.



**From:** b6/b7C
**Sent:** 9/18/2023 7:06:28 PM
**To:** b6/b7C
**Subject:** RE: Unlawful Disclosure Claim (

Good Afternoon, All:

We've completed our review and unfortunately determined that our office disclosed protected information about the respondent to the Nassau County DAs office in violation of 8 CFR 208.6. Our office is in the process of preparing a letter to the respondent's attorneys to notify them. We're also preparing a separate letter to the DAs office to notify them, and asking them to destroy those records and cease further dissemination of the protected information.

Please continue to direct any information disclosure inquiries on this matter to me. And please let me know if you have any questions.

Thank you.

b6/b7C

Office of the Principal Legal Advisor, NYC
U.S. Immigration & Customs Enforcement
U.S. Department of Homeland Security

***** Warning *** Attorney/Client Privilege *** Attorney Work Product *****
This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this email has been misdirected and immediately destroy all originals and copies. Furthermore do not print, copy, re-transmit, disseminate, or otherwise use this information. Any disclosure of this communication or its attachments must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 USC §§ 552(b)(5), (b)(7).

**From:** b6/b7C
**Sent:** Tuesday, September 12, 2023 4:31 PM



**From:** █b6/b7C█ @ice.dhs.gov>                                                                L71
**Sent:** Friday, September 8, 2023 1:19 PM
**To:** █b6/b7C█ @ice.dhs.gov █b6/b7C█ @ice.dhs.gov>;
█b6/b7C█ A █ @ice.dhs.gov>
**Subject:** RE: A# █ URGENT: Unlawful disclosures & violations of federal regulations protecting confidentiality
of fear-based applications

Quick update – OPLA NYC is still looking into the allegation of the inadvertent disclosure. Their planet note indicates
that they communicated with ERO NYC about the issue. If the detainee's attorneys reach back out to you about it, let
me know and I will follow up with OPLA NYC. Note that the correct A# is █

Thanks,



█b6/b7C█

█ █
Office of the Principal Legal Advisor, Buffalo (Batavia)
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security
Buffalo Federal Detention Facility | 4250 Federal Drive | Batavia, New York 14020
Office: (585) 344-█b6/b7C█
Cell:  (716) 336█b6/b7C█

\*\*\* Warning \*\*\* Attorney/Client Privilege \*\*\* Attorney Work Product \*\*\*
This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or
law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended
recipient. Please notify the sender if this email has been misdirected and immediately destroy all originals and copies, and do not print, copy, re-
transmit, disseminate, or otherwise use this information. Any disclosure of this communication or its attachments must be approved by the Office of the
Principal Legal Advisor, U.S. Immigration and Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt
from disclosure under the Freedom of Information Act, 5 USC §§ 552(b)(5), (b)(7).

L70

**From:** [redacted]
**Sent:** Friday, September 1, 2023 3:44 PM
**To:** [redacted]@ice.dhs.gov>; [redacted]@ice.dhs.gov>; [redacted]@ice.dhs.gov>
**Subject:** RE: A# [redacted] / URGENT: Unlawful disclosures & violations of federal regulations protecting confidentiality of fear-based applications

[redacted]

[redacted]

Thanks,

[redacted]

[redacted]