UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>　　　　Defendant. | Civil Action No. 24-0617 (TJK) |

## **CONSENT MOTION TO EXTEND BRIEFING DEADLINES**

By and through undersigned counsel, Defendant respectfully moves to extend their deadline to file a combined reply in further support of summary judgment and opposition to Plaintiff's cross-motion for summary judgment by 30 days—i.e., until December 4, 2024. The grounds for this motion are as follows.

The undersigned counsel's responsibilities during the week of the month of October of 2024 have included but were not limited to the preparing multiple dispositive motions and status reports for pending matters before this District. In addition, Defendant in this case requires additional time to prepare a supplemental declaration in this case. Accordingly, because of the undersigned counsel's recent work-load and because Defendant requires additional time to prepare a supplemental declaration, Defendant respectfully requests additional time to prepare its filing, which is currently due on November 4, 2024. Defendant proposes this extension in good faith and not for the purpose of delay. Plaintiff, through counsel, generously consents to the relief sought in this motion, and the parties have agreed that the deadline for Plaintiff's reply brief would also be extended by 30-days. However, because a 30-day extension of Plaintiff's reply brief would have

it due on January 1, 2025, or New Year's Day, Defendant proposes that the Court extend the aforesaid deadline to January 10, 2025.

WHEREFORE, Defendant respectfully requests that the deadline to file its brief be extended through an including December 4, 2024. A proposed order is enclosed herewith.

Dated: October 31, 2024
       Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By:       /s/*Fithawi Berhane*
    FITHAWI BERHANE
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-6653
    Fithawi.Berhane@usdoj.gov

*Attorneys for the United States of America*