UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>    Defendant. | Civil Action No. 24-0617 (TJK) |

# **DEFENDANT'S RESPONSE TO PLAINTIFF'S ADDITIONAL STATEMENT OF MATERIAL FACTS**

Defendant, Immigration and Customs Enforcement, hereby submits the following response to Plaintiff's statement of material facts as to which Plaintiff contends there are no genuine issues in support of their Cross-Motion for Summary Judgment against Defendant.

1. This paragraph consists of Plaintiff's conclusions of law, to which no response is required.

2. Admitted.

3. This paragraph consists of Plaintiff's conclusions of law, to which no response is required.

4. Admitted.

5. Denied in part. Defendant denies Plaintiff's allegation that it did not conduct a search of its Government Information Law Division for records responsive to his FOIA request. *See* Second Declaration of Fernando Pineiro ¶¶ 6-8. The remainder of the allegations of this paragraph consists of Plaintiff's description of the Government Information Law Division, to

which no response is required. Defendant respectfully refers the Court to the document cited by Plaintiff for a complete and accurate statement of its contents and denies the allegations in this paragraph to the extent that they are inconsistent with the full contents of the document.

Dated: December 4, 2024
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. BAR #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:     /s/ *Fithawi Berhane*
Fithawi Berhane
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-6653
Fithawi.Berhane@usdoj.gov

*Attorneys for the United States of America*