UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>　　　　Defendant. | Civil Action No. 24-0617 (TJK) |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's Motion for Summary Judgment, any responses and replies thereto, and the entire record herein, it is hereby

ORDERED that Defendant's Motion is GRANTED, it is further

ORDERED that Plaintiff's Cross-Motion for Summary Judgment is DENIED; and it is further

ORDERED that summary judgment is granted in Defendant's favor and against Plaintiff.

It is SO ORDERED this _____ day of _____, 2025.

_____
United States District Judge